Exhibit 8

**U.S. Patent No. 6,718,277 – Infringement Claim Chart**

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---------|-------------------------------------------|
| [1pre] A method of controlling atmospheric conditions within a building, said method comprising the steps of: | NTT's data centers use a method of controlling atmospheric conditions within a building.<br><br>For example, NTT uses Vigilent to manage cooling systems in its data centers.<br><br><br><br>https://www.vigilent.com/vigilent-and-ntt-facilities-deepen-strategic-relationship/ |

1

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| | **NTT** Communications<br><br>**Vigilent**®<br><br>**PROJECT AT-A-GLANCE**<br>- NTT Communications set out to improve the overall energy efficiency of its two largest US data centers<br>- Technology from Vigilent was used to manage cooling systems more efficiently<br>- NTT managed to eliminate or power down nearly half of its existing cooling units<br>- Savings included an overall 20% reduction in cooling energy used across the two sites<br>- Other results included PUE improvements and a reduction in carbon emissions<br><br>Representatives from NTT Facilities and Vigilent discuss the results of NTT Facilities deploying the Vigilent Dynamic Cooling Management System.<br><br>https://www.vigilent.com/case-study-ntt-facilities-and-vigilent/ |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| |  |

### VIGILENT CONTINUOUSLY MATCHES COOLING OUTPUT TO HEAT LOAD

**Optimized airflow eliminates hot spots.**

Vigilent continuously optimizes the airflow in your facility, delivering improved reliability and availability. The system automatically finds and eliminates hot spots, while its comprehensive reports and tools facilitate easier operations management.

Our system delivers the right amount of cooling exactly where it's needed. This typically results in up to a 40% reduction in carbon emissions and your cooling energy bill. We achieve that with sophisticated AI-based technology that learns your environment and adapts to change.

**40%** reduction in cooling energy

https://www.vigilent.com/who-we-serve/by-facility/data-centers/

NTT also uses Vertiv (Liebert) cooling units in the colocation data center to control atmospheric conditions.  Liebert cooling units are controlled by Liebert's iCOM Intelligent Communication and Monitoring system.

3

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---------|-------------------------------------------|
|         | <br>https://services.global.ntt/en-us/services-and-products/global-data-centers/global-locations/americas/ashburn-va-1-data-center |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---------|-------------------------------------------|
| | <br><br>https://services.global.ntt/en-us/services-and-products/global-data-centers/global-locations/americas/hillsboro-hi1-data-center<br><br>Maintaining optimal temperatures in a data vault is essential to keeping critical infrastructure up and running. At our Chicago CH1 Data Center, we recirculate the heat produced in each of the 6MW vaults using our Vertiv Liebert fan walls. As warm air is exhausted from densely stacked servers into a contained hot aisle, the fan walls output cool 75°F air at a rate designed to maintain a constant pressure differential between the cold and hot aisles of our clients' racks. The hot air is channeled into a common return plenum and then back to the fan walls where the cycle begins again. The units themselves are carefully placed throughout the vault to ensure that the entire vault meets the CFD modeling and hot spots are minimized. Click here to learn more about our Chicago data center.<br><br>https://services.global.ntt/en-us/insights/blog/chicago-construction-updates |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| | With scalable pre-fabricated solutions like Vertiv™ SmartMod™ and the quickly deployed Power Module, Vertiv is standardizing modular systems so you can get your data center running, faster.<br><br>**Vertiv.com**<br><br><br><br>https://issuu.com/businessreviewusa/docs/bro_bc_usa_ragingwire_data_centers |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---------|-------------------------------------------|
| | **SmartMod incorporates:**<br><br>• Modular and scalable Vertiv™ Liebert® UPS power protection<br><br>• Close-coupled in-row Liebert® CRD thermal management units with intelligent iCOM™ Edge controls<br><br>2<br><br>https://www.vertiv.com/4ad535/globalassets/products/critical-power/integrated-solutions/vertiv-smartmod-na-brochure_0.pdf<br><br>VERTIV™  Liebert®<br>iCOM™ Thermal System Controls<br>Greater Data Center Protection, Efficiency & Insight<br><br>https://www.vertiv.com/49d637/globalassets/shared/liebert-icom-thermal-system-controls-brochure.pdf ("iCOM Brochure"). |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| | **At the cooling unit level,** the Liebert iCOM unit control provides the highest protection available and optimal performance.  <br><br> • Monitors 380 unit and component points to eliminate single points of failure <br><br> • Self-healing features avoid passing unsafe operating thresholds <br><br> • Highly intuitive, full-color, touch screen simplifies operations to save time and reduce human error <br><br> • Multiple, automated unit protection routines, including lead/lag, cascade, rapid restart, refrigerant protection and valve calibration <br><br> **At the supervisory level,** the Liebert iCOM-S system control offers a revolutionary way to harmonize and optimize thermal system performance to optimize capacity across the data center, gain quick access to actionable data, and automate system diagnostics and trending.  <br><br> • Advanced monitoring and at-a-glance reporting on performance metrics and trends for efficiency, capacity and adverse events <br><br> • Up to 50% system efficiency gains <br><br> • 30% lower deployment costs <br><br> • Teamwork modes that prevent conflict between units and allow them to adapt to changes in facility and IT demand to improve efficiency and availability and reduce system wear and tear – saving more than $10,000 per unit per year in energy costs <br><br> • Simple and easy to deploy — auto-configuration to detect and configure up to 4,800 sensors, eliminating the need for custom integration to building management systems and cutting sensor deployment times in half <br><br> Liebert iCOM unit control and Liebert iCOM-S system control are available for new Vertiv™ data center cooling units or as retrofits. <br><br> iCOM Brochure at p. 3. |
| [1a] supplying a conditioned fluid inside said building; | NTT supplies a conditioned fluid inside said building. <br><br> For example, NTT uses cooling units inside its data centers to supply conditioned fluid. NTT uses Liebert to control atmospheric conditions in the data center with its cooling units. |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| | NTT supplies refrigerant (conditioned fluid) through the coil of its Liebert cooling units. The Liebert cooling unit receives the "return air" from the room and delivers cool conditioned "supply air" to the room (supplying conditioned fluid), by transferring heat from the air to the cooling fluid within the coil.<br><br><br><br>https://www.vertiv.com/4afe7d/globalassets/products/thermal-management/room-cooling/liebert-dse-80-165kw-23-43-tons-downflow-system-design-manual.pdf, at p. 6<br><br>NTT also uses Vigilent to control the amount of cooling as needed. |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| |  https://www.vigilent.com/who-we-serve/by-facility/data-centers/. Regardless of which type of cooling units or which method of controlling atmospheric conditions are used (Liebert, Vigilent or others), NTT supplies a conditioned fluid inside each of its data centers. |
| [1b] sensing at least one atmospheric parameter in a plurality of locations inside said building; | NTT senses at least one atmospheric parameter in a plurality of locations inside said building. uses Vigilent's cooling optimization tools. Vigilent senses temperatures at various locations inside the data center. |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| |  https://www.vigilent.com/products-and-services/dynamic-control/ |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| | Wireless sensors are typically deployed every third rack to measure the inlet air temperature every minute. The sensors have two thermistors, one to capture temperature at rack bottom, the other at rack top.<br><br>https://www.vigilent.com/technology/system-architecture/<br><br>NTT also uses Liebert iCOM. Liebert iCOM senses temperatures and humidity at locations throughout the data center.<br><br>**User Temperature Setpoint Options**<br><br>**2nd Temperature Setpoint**<br><br>Alternate setpoint activated by customer input (remote alarm device). When customer input connection is 2nd Setpoint, this value becomes the active temperature setpoint.<br><br>**BMS Backup Temp Setpoint**<br><br>Selects a temperature setpoint that activates in the event of a BMS timeout. The BMS timer must be configured for this setpoint to activate. See Setting BMS Backup Setpoints on page 117 .<br><br>**Optimized Aisle Enabled**<br><br>Read-only. Indicates that iCOM™ is configured for optimized-aisle operation. See Teamwork Mode 3—Optimized Aisle Operation on page 102 .<br><br>**Temperature Control Sensor**<br><br>Selects sensor that controls cooling. Values are:<br>• Supply Sensor: Temperature control is based on maintaining the temperature of the discharge air from the cooling unit. See Supply Sensors on page 158 .<br>• Remote Sensor: Temperature control is based on the temperature reading(s) from wired remote sensor(s). See Wired Remote Sensors on page 156 .<br>• Return Sensor: Temperature control is based on maintaining the temperature of the air returning to the cooling unit. |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| | **User Humidity Setpoint Options**<br><br>**Dew Point Setpoint**<br><br>Desired dew point (based on actual return air temperature and humidity) by adding moisture to or removing moisture from the air.<br><br>**Humidity Control Sensor**<br><br>Selects sensor used when calculating relative humidity.<br><br>**Humidity Control Type**<br><br>Control when staging humidification operations. Valid values:<br><br>• Relative: Percent of humidification/dehumidification is determined by the difference between the humidity-sensor reading and the humidity setpoint.<br>• Compensated: Percent of humidification/dehumidification is determined by considering the actual deviation from the temperature setpoint and adjusts the humidity setpoint accordingly. The recalculated humidity setpoint displays on the screen.<br>• Predictive: Percent of humidification/dehumidification is determined by considering the actual deviation from the temperature setpoint and adjusts the humidity sensor reading accordingly. The adjusted humidity sensor reading displays on the screen.<br>• Dew point: Percent of humidification/dehumidification is determined by the difference between the humidity calculated from the humidity sensor reading and the dew point setpoint.<br><br>https://www.vertiv.com/49b8b2/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf ("iCOM Manual") at p. 15-16. |
| [1c] generating an empirical atmospheric map from the results of said sensing step using software for processing input from said sensing step and for producing output in the form of said empirical atmospheric map; | NTT generates an empirical atmospheric map from the results of said sensing step using software for processing input from said sensing step and for producing output in the form of said empirical atmospheric map.<br><br>For example, NTT uses Vigilent to generate an empirical atmospheric map from the results of the sensing step. Vigilent also uses software for processing temperature inputs from the sensing step and produces output in the form of a data center temperature map. |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| | <br><br>**EVERYDAY TOOLS**<br>With our intuitive, at-a-glance system interface, checking the current status of your facility is always at your fingertips.<br><br>**CHECK TEMPERATURES**<br>With a few clicks, you can quickly dive down from a broad facility view into the real-time temperature data of one specific rack sensor.<br><br>**EASY TRENDING**<br>Customize data to quickly surface the information you need.<br><br>https://www.vigilent.com/who-we-serve/by-facility/data-centers/<br><br>NTT also uses Liebert iCOM. Liebert iCOM generates an empirical atmospheric map from the results of sensing temperature at individual racks. Liebert iCOM uses software for processing temperature inputs from the sensing step and produces output in the form of a data center temperature map. |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| |  |



Integrate your Device and BMS Data

https://www.youtube.com/watch?v=pJutGw7rrF0 at 0:43.

### 5.1 Preparing for U2U Group Set Up

Cooling units in the network will be assigned to groups, which affects how units function in teamwork, standby, rotation, and cascading operations. Especially in large rooms, it is important to consider several factors before setting up groups to balance cooling unit operation with room conditions.

NOTE: For ease of set-up and use, we recommend using only one group unless you have multiple rooms, differing software versions, or different types of cooling units.

1. Make a map of the room and indicate the location of all heat-generating devices and cooling units to plan for proper heat load management and cooling-air distribution.
2. Note the type of units by product/model, size, etc.
3. Determine the number of units to network together to ensure proper air flow and environmental control, up to 32 units.
4. Determine number of standby units.

15

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
|  | iCOM Manual at p. 94. |
| [1d] comparing said empirical atmospheric map to a template atmospheric map; and | NTT compares said empirical atmospheric map to a template atmospheric map. |

For example, NTT uses Vigilent to compare said empirical atmospheric map to a template atmospheric map.



**EVERYDAY TOOLS**

With our intuitive, at-a-glance system interface, checking the current status of your facility is always at your fingertips.

**CHECK TEMPERATURES**

With a few clicks, you can quickly dive down from a broad facility view into the real-time temperature data of one specific rack sensor.

**EASY TRENDING**

Customize data to quickly surface the information you need.

https://www.vigilent.com/who-we-serve/by-facility/data-centers/

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---------|-------------------------------------------|
|  |  The thermal map legend gives you a quick visual assessment of your AHU performance. https://fccid.io/ANATEL/01612-15-08292/MANUAL/16006226-67DD-49FB-8873-2E15C3330211/PDF NTT also uses Liebert iCOM. Liebert iCOM compares an empirical atmospheric map to a template atmospheric map, for instance by comparing current temperatures to template setpoints. |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| | ### 2.4 Viewing Sensor Data<br><br>The Sensor Data panel lists the standard and optional sensors monitored by iCOM™ and the current reading of each sensor.<br><br>• Touch [USER], then ☰ > *Sensor Data*. The SENSOR DATA panel opens.<br><br>A secondary panel displays the DAILY SENSOR READING SUMMARY, which shows temperature, humidity and dew-point readings for the cooling unit.<br><br>iCOM Manual at p. 20.<br><br><br><br>https://www.dksh.com/global-en/products/iot/vertiv-thermal-control-and-monitoring |
| [1e] identifying pattern differentials between said empirical and template atmospheric maps. | NTT identifies pattern differentials between said empirical and template atmospheric maps. |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---------|-------------------------------------------|
| | For example, NTT uses Vigilent to identify pattern differential between said empirical and template atmospheric map, for example by comparing current and historic data.<br><br>**AT A GLANCE**<br><br>Cooling becomes a managed resource that reacts to real-time data, which reduces the chances of downtime.<br><br>**Automated hot spot reduction**<br>The system can automatically removes 95% (or more) of hot spots and diagnoses how to treat the remaining problems through facility adjustments.<br><br>**Instant results**<br>From the moment the system goes live, the energy savings and carbon emissions reductions are immediate.<br><br>**Cost savings**<br>The system finds the perfect balance between delivering the right amount of cooling and the lowest possible energy expenditure.<br><br>**Constantly adapting**<br>The AI engine constantly changes cooling when it detects new equipment and varying IT loads.<br><br>**Analytics**<br>Our system turns mountains of current and historic data into focused, actionable information.<br><br>**Risk mitigation**<br>System failsafes help avoid costly outages.<br><br>https://www.vigilent.com/who-we-serve/by-facility/data-centers/ |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| |  The thermal map legend gives you a quick visual assessment of your AHU performance. https://fccid.io/ANATEL/01612-15-08292/MANUAL/16006226-67DD-49FB-8873-2E15C3330211/PDF NTT also uses Liebert iCOM. Liebert iCOM identifies pattern differentials between the empirical and template maps, for example, by identifying when sensors are reporting conditions that exceed template conditions. |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| | **4.2  Enabling Events and Editing Event Settings**<br><br>In the ALARMS & EVENTS panel, events are grouped into categories for easier management, for example, the factory set remote sensor alarms and humidification/dehumidification events. In some cases, touch the group heading provides edit options for the entire group, like thresholds, delays and enable/disable. Each event includes settings specific for that event and the notification option where event type and alarm notifications are selected (See Selecting Event Type and Setting Alarm/Warning Notification on the facing page ).<br><br>1.  Touch [SERVICE], then [≡] > *Alarm/Event Setup*. The ALARMS & EVENTS panel opens.<br>2.  Scroll or search to find the event, touch the set's heading to display theproperties and values for the entire set in the EDIT panel.<br>    – or –<br>    Touch an individual alarm or event to display it's specific values in the EDIT panel.<br><br>iCOM Manual at p. 80.<br><br> |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| | https://www.dksh.com/global-en/products/iot/vertiv-thermal-control-and-monitoring |