# Exhibit 12

**U.S. Patent No. 7,339,490 – Infringement Claim Chart**

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| [1pre] A modular sensor assembly for sensing a condition at a computer rack, comprising: | NTT's data centers use a modular sensor assembly for sensing a condition at a computer rack.<br><br>For example, NTT uses Vigilent's cooling optimization tools in all of its U.S. data centers, which uses modular sensor assemblies for sensing conditions such as temperature at a computer rack.<br><br>[Vigilent website screenshot: "VIGILENT AND NTT FACILITIES DEEPEN STRATEGIC RELATIONSHIP — INVESTMENT STRENGTHENS DESIGN AND COOLING MANAGEMENT CHOICES FOR GLOBAL DATA CENTERS"]<br><br>https://www.vigilent.com/vigilent-and-ntt-facilities-deepen-strategic-relationship/ |

1

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
|  | **NTT Communications**<br><br>**Vigilent**®<br><br>**PROJECT AT-A-GLANCE**<br>- NTT Communications set out to improve the overall energy efficiency of its two largest US data centers<br>- Technology from Vigilent was used to manage cooling systems more efficiently<br>- NTT managed to eliminate or power down nearly half of its existing cooling units<br>- Savings included an overall 20% reduction in cooling energy used across the two sites<br>- Other results included PUE improvements and a reduction in carbon emissions<br><br>Representatives from NTT Facilities and Vigilent discuss the results of NTT Facilities deploying the Vigilent Dynamic Cooling Management System.<br><br>https://www.vigilent.com/case-study-ntt-facilities-and-vigilent/ |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| | **VIGILENT CONTINUOUSLY MATCHES COOLING OUTPUT TO HEAT LOAD**<br><br>Optimized airflow eliminates hot spots.<br><br>Vigilent continuously optimizes the airflow in your facility, delivering improved reliability and availability. The system automatically finds and eliminates hot spots, while its comprehensive reports and tools facilitate easier operations management.<br><br>Our system delivers the right amount of cooling exactly where it's needed. This typically results in up to a 40% reduction in carbon emissions and your cooling energy bill. We achieve that with sophisticated AI-based technology that learns your environment and adapts to change.<br><br>40% reduction in cooling energy<br><br>BEFORE Wasted Energy / AFTER Spare Capacity<br><br>https://www.vigilent.com/who-we-serve/by-facility/data-centers/. |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| |  https://www.vigilent.com/products-and-services/dynamic-control/<br><br>NTT also uses Vertiv and Liebert cooling in its U.S. data centers to control atmospheric conditions. On information and belief, NTT's Liebert cooling units are used in conjunction with Liebert's modular sensors, which are used to sense conditions such as temperature, humidity, and door-open status at a computer rack. |

4

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| | <br>https://services.global.ntt/en-us/services-and-products/global-data-centers/global-locations/americas/ashburn-va-1-data-center |

5

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| | https://services.global.ntt/en-us/services-and-products/global-data-centers/global-locations/americas/hillsboro-hi1-data-center<br><br>Maintaining optimal temperatures in a data vault is essential to keeping critical infrastructure up and running. At our Chicago CH1 Data Center, we recirculate the heat produced in each of the 6MW vaults using our Vertiv Liebert fan walls. As warm air is exhausted from densely stacked servers into a contained hot aisle, the fan walls output cool 75°F air at a rate designed to maintain a constant pressure differential between the cold and hot aisles of our clients' racks. The hot air is channeled into a common return plenum and then back to the fan walls where the cycle begins again. The units themselves are carefully placed throughout the vault to ensure that the entire vault meets the CFD modeling and hot spots are minimized. Click here to learn more about our Chicago data center.<br><br>https://services.global.ntt/en-us/insights/blog/chicago-construction-updates |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| | With scalable pre-fabricated solutions like Vertiv™ SmartMod™ and the quickly deployed Power Module, Vertiv is standardizing modular systems so you can get your data center running, faster.<br><br>Vertiv.com<br><br>https://issuu.com/businessreviewusa/docs/bro_bc_usa_ragingwire_data_centers |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| | **SmartMod incorporates:**<br><br>• Modular and scalable Vertiv™ Liebert® UPS power protection<br><br>• Close-coupled in-row Liebert® CRD thermal management units with intelligent iCOM™ Edge controls<br><br>2<br><br>https://www.vertiv.com/4ad535/globalassets/products/critical-power/integrated-solutions/vertiv-smartmod-na-brochure_0.pdf<br><br>**VERTIV / Liebert®**<br>iCOM™ Thermal System Controls<br>Greater Data Center Protection, Efficiency & Insight<br><br>https://www.vertiv.com/49d637/globalassets/shared/liebert-icom-thermal-system-controls-brochure.pdf ("iCOM Brochure"). |

8

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
|  | **LIEBERT® SN™ MODULAR SENSORS** <br> Quick Installation Guide <br> VERTIV. <br><br> The Liebert SN modular sensors monitor temperature, humidity, door-open status, and digital input, such as smoke or water, in any area. <br><br> These instructions apply to the following Liebert SN modular-sensor models: <br> • SN-T—1 temperature probe <br> • SN-TH—1 temperature probe and 1 humidity probe <br> • SN-2D—1 door-switch probe with 2 inputs <br> • SN-3C—1 digital-input probe with 3 inputs <br><br> Each modular sensor ships with a 6.6-ft (2-m) cable to connect with a Liebert monitoring product. <br><br> **SENSOR-STRING COMPATIBLE** <br> You can attach the sensors in a <br><br> Liebert Sensors, Cable and Mount |

9

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
|  | **2. Assemble the sensor and bracket** — If using the supplied bracket and base: • Insert the support base into the end of the support. • Snap the sensor into the other end of the support. **3. Choose a mounting location** — Keeping in mind that the temperature and humidity sensors require an unobstructed air flow, and that the sensor does not obstruct vents and impede air flow, select a mounting location. The installation parts needed for various mounting options are included with the sensor. You can install the sensor on rack rails, rack doors, and on a flat surface. **MOUNT THE SENSOR** Use the step appropriate to your chosen mounting method: **4. Mounting on a Knurr® Rack-frame or 19-in. Rail** — Insert the quarter-turn, tool-less fastener a slot on the support or base, place the bracket on the frame or rail, and turn the fastener clockwise (1/4 turn) to secure the sensor in place. **5. Mounting on rack door** • On a Knurr rack (only), use the supplied screws through the slots on the support or use the quarter-turn fastener to secure the sensor to the door. • On all other racks (including Knurr), use cable ties to secure the sensor or support bracket to the door. **6. Mounting on a flat surface** — Clean the mounting location with the supplied alcohol pad(s), then affix the sensor support to the surface using the supplied Dual Lock fasteners. **7. Mounting on a rack rail** — This method requires a standard, pan-head rack screw, not supplied with the sensor. Use the pan-head rack screw through a slot on the sensor support or base to secure the sensor in place. **CONNECT THE SENSOR** The integrated cable connects to the SN Sensor port on your Liebert product. The Liebert SN sensor ports are RJ45 ports designated with the sensor-port icon. **NOTE:** Only use the SN sensor port to connect Liebert SN sensors. **CONFIGURE THE SENSOR** Using the sensor address recorded before installation, use the web user interface of your Liebert product to acknowledge the senor connection and configure parameters including labeling the sensor and setting thresholds for alarm/warning triggers.<br><br>https://www.vertiv.com/49782f/globalassets/shared/liebert-sn-modular-sensors-quick-start-guide_00.pdf |
| [1a] a) an elongate flexible body, configured to attach to a computer rack; | NTT's modular sensor assemblies comprise an elongate flexible body, configured to attach to a computer rack.<br><br>For example, NTT uses Vigilent's cooling optimization. The figure below shows Vigilent's cooling optimization system uses thermistors with an elongate flexible body configured to attach to a computer rack: |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| |  https://www.vigilent.com/products-and-services/dynamic-control/  NTT also uses Liebert cooling units with Liebert sensors. Liebert modular sensors attached in a strong consist of an elongate flexible body that attaches to a computer rack frame, rail, or door. |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| | **SENSOR-STRING COMPATIBLE**<br><br>You can attach the sensors in a string, and the string can be a combination of integrated and modular sensors. (Integrated sensors are one or more probes integrated on a single cable.)<br><br>A string may include up to 10 probes and be a maximum of 65.6 ft (20 m).<br><br>The number of probes that may be used with Liebert monitoring products varies. Refer to the product's user guide for details.<br><br>https://www.vertiv.com/49782f/globalassets/shared/liebert-sn-modular-sensors-quick-start-guide_00.pdf |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
|  | ![Vertiv Liebert SN Sensors diagram showing Vertiv Liebert GXT5 UPS connected via Network to Liebert SN Sensors, Web Monitoring, Vertiv Environet Alert, and Liebert SiteScan]<br><br>https://www.vertiv.com/4a84b9/globalassets/shared/liebert-sn-sensors-monitoring-for-business-critical-continuity2.pdf |
| [1b] b) a plurality of addressable sensors, disposed along the body and interconnected to a common connector wire; and | NTT's modular sensor assemblies comprise a plurality of addressable sensors, disposed along the body and interconnected to a common connector wire.<br><br>For example, NTT uses Vigilent's cooling optimization. The figure below shows Vigilent uses a plurality of addressable sensors disposed along the body and interconnected to a common connector wire, which in turn connects to the wireless network device: |

13

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| |  https://www.vigilent.com/products-and-services/dynamic-control/<br><br>NTT also uses Liebert cooling units with Liebert sensors. Liebert modular sensors are disposed along the body and interconnected to a common connector wire (string) and are addressable. |

14

## SENSOR-STRING COMPATIBLE

You can attach the sensors in a string, and the string can be a combination of integrated and modular sensors. (Integrated sensors are one or more probes integrated on a single cable.)

A string may include up to 10 probes and be a maximum of 65.6 ft (20 m).

The number of probes that may be used with Liebert monitoring products varies. Refer to the product's user guide for details.

## PREPARING FOR INSTALLATION

1. **Record the address of each sensor.**

   During configuration, the web user interface displays the addresses of all connected sensors.

   Before mounting or connecting, locate the sensor address on the sensor housing (see the picture on the following page) and record it.



Sensor Address

PN: SN-T
T:160000000365DF42
536913G2  Rev. 00

15

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| | https://www.vertiv.com/49782f/globalassets/shared/liebert-sn-modular-sensors-quick-start-guide_00.pdf |
| [1c] c) a connector wire lead, configured to interconnect the connector wire to a central system configured to receive and interpret data from the plurality of sensors relating to conditions associated with the computer rack. | NTT's modular sensor assemblies comprise a connector wire lead, configured to interconnect the connector wire to a central system configured to receive and interpret data from the plurality of sensors relating to conditions associated with the computer rack. For example, NTT uses Vigilent's cooling optimization. The figure below shows Vigilent's wireless network gateway is hardwired to the AI Engine and Web-Based System access via a network switch. The network gateway receives data from all inlet temperature sensors, return temperature and the discharge air temperature of the CRAC. |

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| |  https://www.vigilent.com/products-and-services/dynamic-control/<br><br>NTT also uses Liebert cooling units with Liebert sensors. Liebert modular sensors string at each computer rack is interconnected to a central system (network) to receive and interpret the sensors from multiple computer racks. The networked sensor system is configured with thresholds for alarm and warning triggers. |

17

| Claim 1 | Exemplary Evidence of Infringement by NTT |
|---|---|
| | <br>https://www.vertiv.com/4a84b9/globalassets/shared/liebert-sn-sensors-monitoring-for-business-critical-continuity2.pdf<br><br>**CONFIGURE THE SENSOR**<br><br>Using the sensor address recorded before installation, use the web user interface of your Liebert product to acknowledge the senor connection and configure parameters including labeling the sensor and setting thresholds for alarm/warning triggers.<br><br>https://www.vertiv.com/49782f/globalassets/shared/liebert-sn-modular-sensors-quick-start-guide_00.pdf |

18