# Exhibit 13

## U.S. Patent No. 9,310,855 – Infringement Claim Chart

| Claim Language | Exemplary Evidence of Infringement by NTT |
|---|---|
| [8pre] A flexible data center including T rows of server racks, comprising: | NTT uses flexible datacenters including T-rows of server racks comprising the elements below.<br><br>NTT acquired RagingWire and integrated its data centers into the NTT Data brand. https://services.global.ntt/en-us/services-and-products/global-data-centers/global-locations/americas/ragingwire-data-center<br><br>This includes operating the former RagingWire TX1 data center which is now the NTT Dallas TX1 Data Center: https://services.global.ntt/en-us/services-and-products/global-data-centers/global-locations/americas/dallas-tx-1-data-center<br><br>https://www.datacenterjournal.com/data-centers/texas/plano/ragingwire-tx1-ntt/<br><br>The virtual tour of RagingWire TX1 illustrates a portion of the total T rows of server racks. |

1

| Claim Language | Exemplary Evidence of Infringement by NTT |
|---|---|
|  | https://www.youtube.com/watch?v=s9W4vtg6CMQ at 1:53 minute mark. |
| [8a] a number B of blocks on a site, each block including: | NTT has a number B of blocks on a site. The virtual tour of RagingWire TX1 illustrates B number of blocks in building #1 site (four partitioned columns of available space). |

2

| Claim Language | Exemplary Evidence of Infringement by NTT |
|---|---|
| | https://www.youtube.com/watch?v=s9W4vtg6CMQ at 1:44 to 1:56 minute mark ("This 230,000 SF data center, 118,000 SF of raised floor space offers seven turn key vaults, and flexible colocation configurations for wholesale customers."). |
| [8b] one to a number P of perimeter structures, wherein each perimeter structure houses up to a number R of rows of server racks; and | NTT has one to a number P of perimeter structures, wherein each perimeter structure houses up to a number R of rows of server racks.<br><br>The virtual tour of RagingWire TX1 illustrates P number of perimeter structures (7 with one empty). Each P perimeter structure houses up to R rows of server racks. |

3

| Claim Language | Exemplary Evidence of Infringement by NTT |
|---|---|
| | https://www.youtube.com/watch?v=s9W4vtg6CMQ at 2:00 minute mark. |
| [8c] a connecting structure connected to the number P of perimeter structures, wherein the connecting structure houses operations monitoring equipment for the server racks, and wherein the one to the number P of perimeter structures retain functionality independent of the connecting structure; | NTT has a connecting structure connected to the number P of perimeter structures, wherein the connecting structure houses operations monitoring equipment for the server racks, and wherein the one to the number P of perimeter structures retain functionality independent of the connecting structure.<br><br>The TX1 data sheet image illustrates a Mech/Elec gallery adjacent to each P perimeter structure. The connecting structure houses mechanical and electrical systems, operations monitoring for the server racks.<br><br>The data sheet indicates TX1 has created smaller P perimeter structures that are referred to as "vaults". |



5

| Claim Language | Exemplary Evidence of Infringement by NTT |
|---|---|
| | https://services.global.ntt/en-us/services-and-products/global-data-centers/global-locations/americas/dallas-tx-1-data-center |
| [8d] a total integer number T/R of perimeter structures comprising the number P of perimeter structures, wherein: | NTT has a total integer number T/R of perimeter structures comprising the number P of perimeter structures.<br><br>As shown, there are R rows of server racks where T/R comprises the P perimeter structures.<br><br>https://www.youtube.com/watch?v=s9W4vtg6CMQ at 1:53 minute mark. |
| [8e] at most one perimeter structure houses less than R rows of server racks; | NTT has at most one perimeter structure houses less than R rows of server racks. |

6

| Claim Language | Exemplary Evidence of Infringement by NTT |
|---|---|
| | The virtual tour of RagingWire TX1 illustrates one perimeter structure P can house less than R rows of server racks. |

7

| Claim Language | Exemplary Evidence of Infringement by NTT |
|---|---|
|  | https://www.youtube.com/watch?v=s9W4vtg6CMQ at 1:56 to 2:06 minute mark. |
| [8f] B is equal to an integer number (T/R)/P; and | NTT has B is equal to an integer number (T/R)/P.<br><br>https://www.youtube.com/watch?v=s9W4vtg6CMQ at 2:05 minute mark. |
| [8g] at most one block includes less than P perimeter structures; | On information and belief, NTT has at most one block includes less than P perimeter structures. For example, no blocks shown include less than P perimeter structures. The initial build would require a block to have less than P perimeter structures built out. (e.g., graphic illustrates P perimeter structure empty, presumably until a future customer requires the space). |

8

| Claim Language | Exemplary Evidence of Infringement by NTT |
|---|---|
| | https://www.youtube.com/watch?v=s9W4vtg6CMQ at 1:53 minute mark. |
| [8h] a number of cooling units connected to an exterior of a respective perimeter structure, wherein a type of the number of cooling units is particular to a climate of the site; and | NTT has a number of cooling units connected to an exterior of a respective perimeter structure, wherein a type of the number of cooling units is particular to a climate of the site.<br><br>The TX1 data sheet image illustrates a Mech/Elec gallery adjacent to each P perimeter structure. The connecting structure houses mechanical systems, that on information and belief include cooling units connected to the exterior wherein a type of the number of cooling units is particular to a climate of the site.<br><br>The data sheet indicates TX1 has created smaller P perimeter structures that are referred to as "vaults". |

9

| **Claim Language** | **Exemplary Evidence of Infringement by NTT** |
|---|---|
| |  https://services.global.ntt/en-us/services-and-products/global-data-centers/global-locations/americas/dallas-tx-1-data-center |

| Claim Language | Exemplary Evidence of Infringement by NTT |
|---|---|
| [8i] a number of power conditioner units connected to the exterior of the respective perimeter structure, wherein a type of the number of power conditioner units is particular to a desired power quality and to the climate of the site. | NTT has a number of power conditioner units connected to the exterior of the respective perimeter structure, wherein a type of the number of power conditioner units is particular to a desired power quality and to the climate of the site.<br><br>The TX1 data sheet image illustrates a Mech/Elec gallery adjacent to each P perimeter structure. The connecting structure houses mechanical systems, that on information and belief include a number of power conditioner units connected to the exterior wherein a type of the number of power conditioner units is particular to a desired power quality and to the climate of the site.<br><br>The data sheet indicates TX1 has created smaller P perimeter structures that are referred to as "vaults". |

11

| Claim Language | Exemplary Evidence of Infringement by NTT |
|---|---|
| | <br>https://services.global.ntt/en-us/services-and-products/global-data-centers/global-locations/americas/dallas-tx-1-data-center |

12