# Exhibit 14

**U.S. Patent No. 7,939,967 – Infringement Claim Chart**

| Claim Language | Exemplary Evidence of Infringement by NTT |
|---|---|
| [1pre] An apparatus, comprising: | NTT operates data centers with power redundancy by connecting equipment to multiple power supplies with separate power feeds.<br><br>NTT acquired RagingWire and integrated its data centers into the NTT Data brand. https://services.global.ntt/en-us/services-and-products/global-data-centers/global-locations/americas/ragingwire-data-center<br><br>This includes operating the former RagingWire TX1 data center which is now the NTT Dallas TX1 Data Center: https://services.global.ntt/en-us/services-and-products/global-data-centers/global-locations/americas/dallas-tx-1-data-center<br><br>https://www.datacenterjournal.com/data-centers/texas/plano/ragingwire-tx1-ntt/ |

| Claim Language | Exemplary Evidence of Infringement by NTT |
|---|---|
| | https://www.youtube.com/watch?v=s9W4vtg6CMQ |
| | "Power is supplied to the substation by two different utility providers from two different transmission lines. Two separate underground concrete encased conduits feed the campus for even greater power reliability and redundancy." |
| [1a] a first power supply coupled to an electrical load and a first source of electrical energy, the first power supply configured to issue an alert signal indicative of a failure condition of the first source of electrical energy; and | NTT data centers include a first power supply coupled to an electrical load and a first source of electrical energy, the first power supply configured to issue an alert signal indicative of a failure condition of the first source of electrical energy.<br><br>For example, NTT has a first power supply with a controller, connected to a UPS that will raise an alert in the event of a failure such as an electrical input interruption. |

2

| Claim Language | Exemplary Evidence of Infringement by NTT |
|---|---|
| | **DCF Tours: NTT Global Data Centers Americas' Dallas TX1, Garland, Texas**<br><br>NTT recently announced a widely reported $50 million data center fit-out project in Garland involving nearly 300,000 SF of construction across two existing buildings on the campus.<br><br>Matt Vincent<br>Dec. 8, 2023<br><br>*NTT TX1 Data Center, Garland, Texas*<br><br>**Power Notes**<br><br>Still looking across to the expansion projects, the talk turns to power. Fed with dual, redundant power feeds, the TX1 data center supports N+1 distributed redundancy for each vault and diverse power distribution to the data hall, with renewable energy options available. |

3

| Claim Language | Exemplary Evidence of Infringement by NTT |
|---|---|
| | Along a hallway inside the TX1 data center, observing that facility's electrical infrastructure, Emerson explains, "They patented a design called Zipper and FOBO Zipper which allows for, if anything were to interrupt the input power to one of the UPS's, the master PLC [programmable logic controller] would see that loss from one of the local switchboards, and then redistribute the electric plant automatically on closed transitions at the main switchboards without causing interruption. That prevents anything from human error to equipment failure. The system automatically responds to and maintains relevant input power to the UPS. It's pretty fantastic." https://www.datacenterfrontier.com/site-selection/article/33016119/dcf-tours-ntt-global-data-centers-americas-dallas-tx1-garland-texas |
| [1b] a second power supply coupled to the electrical load and a second source of electrical energy, the second power supply configured to transition from a lesser output level to a greater output level in response to an activation signal. | NTT data centers include a second power supply coupled to the electrical load and a second source of electrical energy, the second power supply configured to transition from a lesser output level to a greater output level in response to an activation signal. For instance, in the event of a failure, power is redistributed i.e., a second power supply connected to the UPS transitions from sharing to providing the full load, to maintain relevant input power to the UPS. |

4

| Claim Language | Exemplary Evidence of Infringement by NTT |
|---|---|
| | • Dual-corded power distribution<br>• Two power feeds per building for superior redundancy<br><br>https://services.global.ntt/en-us/services-and-products/global-data-centers/global-locations/americas/dallas-tx-1-data-center<br><br>https://www.youtube.com/watch?v=s9W4vtg6CMQ |

5

| Claim Language | Exemplary Evidence of Infringement by NTT |
|---|---|
| | **Power Notes**<br><br>Still looking across to the expansion projects, the talk turns to power. Fed with dual, redundant power feeds, the TX1 data center supports N+1 distributed redundancy for each vault and diverse power distribution to the data hall, with renewable energy options available.<br><br>Along a hallway inside the TX1 data center, observing that facility's electrical infrastructure, Emerson explains, "They patented a design called Zipper and FOBO Zipper which allows for, if anything were to interrupt the input power to one of the UPS's, the master PLC [programmable logic controller] would see that loss from one of the local switchboards, and then redistribute the electric plant automatically on closed transitions at the main switchboards without causing interruption. That prevents anything from human error to equipment failure. The system automatically responds to and maintains relevant input power to the UPS. It's pretty fantastic."<br><br>https://www.datacenterfrontier.com/site-selection/article/33016119/dcf-tours-ntt-global-data-centers-americas-dallas-tx1-garland-texas |