**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **Valtrus Innovations Ltd.** | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | **CIVIL ACTION NO. 2:24-cv-00361** |
| | § | |
| **NTT Data Services, LLC,** | § | **JURY TRIAL DEMANDED** |
| **NTT Data Americas, Inc.,** | § | |
| **NTT Communications Corp., and** | § | |
| **NTT Data, Inc.,** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**PLAINTIFF VALTRUS INNOVATIONS LTD.'S CORPORATE**
**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Valtrus Innovations

Ltd. is a wholly-owned subsidiary of Key Patent Innovations Limited and no publicly held

company owns 10% or more of its stock.


May 14, 2024                                   Respectfully submitted,

                                               */s/ Eric H. Findlay___*
                                               Matthew G. Berkowitz – LEAD ATTORNEY
                                               Aaron Morris
                                               Patrick Colsher
                                               Reichman Jorgensen Lehman & Feldberg LLP
                                               100 Marine Parkway, Suite 300
                                               Redwood Shores, CA 94065
                                               Tel: (650) 623-1401
                                               mberkowitz@reichmanjorgensen.com
                                               amorris@reichmanjorgensen.com
                                               pcolsher@reichmanjorgensen.com

                                               Connor S. Houghton
                                               Ariane S. Mann
                                               Reichman Jorgensen Lehman & Feldberg LLP
                                               1909 K Street NW, Suite 800

Washington DC, 20006
Tel: (202) 894-7310
choughton@reichmanjorgensen.com
amann@reichmanjorgensen.com


Eric H. Findlay (TX Bar No. 00789886)
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com


*Attorneys for Plaintiff Valtrus*
*Innovations Limited*


## CERTIFICATE OF SERVICE

Pursuant to Local Rule CV-5(c), I hereby certify that on the 14th day of May, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.


/s/ *Eric H. Findlay*
Eric H. Findlay