UAET (02-2008)

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

## CASE AND DEADLINE INFORMATION

Civil Action No.: 2:24-cv-00361

Name of party requesting extension: NTT DATA Services, LLC

Is this the first application for extension of time in this case?
- ☑ Yes
- ☐ No

If no, please indicate which application this represents:
- ☐ Second
- ☐ Third
- ☐ Other ____________

Date of Service of Summons: 5-15-2024

Number of days requested:
- ☑ 30 days
- ☐ 15 days
- ☐ Other _____ days

New Deadline Date: 7-5-2024 *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION


Full Name: Roger Fulghum

State Bar No.: 00790724

Firm Name: Baker Botts LLP

Address: 910 Louisiana
Houston, TX 77002

Phone: (713) 229-2707

Fax: (713) 229-1707

Email: roger.fulghum@bakerbotts.com


---

A certificate of conference does not need to be filed with this unopposed application.