**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **Valtrus Innovations Ltd.** § | | |
| § | | |
| Plaintiff, § | | |
| v. § | **CIVIL ACTION NO. 2:24-cv-00361-JRG** | |
| § | | |
| **NTT Data Services, LLC et al** § | **JURY TRIAL DEMANDED** | |
| § | | |
| Defendant. § | | |

| | | |
|---|---|---|
| **Valtrus Innovations Ltd.** § | | |
| § | | |
| Plaintiff, § | | |
| v. § | **CIVIL ACTION NO. 2:24-cv-00259-JRG** | |
| § | | |
| **CyrusOne, LLC** § | **JURY TRIAL DEMANDED** | |
| § | | |
| Defendant. § | | |

## ORDER

On this day came to be considered Plaintiff Valtrus Innovations Ltd.'s ("Valtrus") and Defendant CyrusOne, LLC's ("CyrusOne") (together with Plaintiff, "the Parties") Joint Motion for Extension of Time for Valtrus to Comply with P.R. 3-1 & 3-2 (Infringement Contentions) and for CyrusOne to Comply with P.R. 3-3 & 3-4 (Invalidity Contentions).  In the Motion, the Parties request extensions for Valtrus to Comply with P.R. 3-1 & 3-2 (Infringement Contentions) from July 4, 2024 to July 9, 2024 and CyrusOne to Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) from August 29, 2024 to September 3, 2024.  The Court noting that the Parties are in agreement and being of the opinion that the same should be **GRANTED**, it is therefore,

**ORDERED, ADJUDGED and DECREED** that the deadline for Valtrus to Comply with P.R. 3-1 & 3-2 (Infringement Contentions) is extended to July 9, 2024 and the deadline for CyrusOne to Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) is extended to September 3, 2024.