# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD., <br> *Plaintiff*, <br> v. <br> NTT DATA SERVICES, LLC et al, <br> *Defendants*. | CIVIL ACTION NO. 2:24-CV-00361-JRG <br> (LEAD CASE) |
| VALTRUS INNOVATIONS LTD., <br> *Plaintiff*, <br> v. <br> CYRUSONE, LLC, <br> *Defendant*. | CIVIL ACTION NO. 2:24-CV-00259-JRG <br> (MEMBER CASE) |
| VALTRUS INNOVATIONS LTD., <br> *Plaintiff*, <br> v. <br> DIGITAL REALTY TRUST, INC. et al, <br> *Defendants*. | CIVIL ACTION NO. 2:24-CV-00139-JRG <br> (MEMBER CASE) |
| VALTRUS INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD., <br> *Plaintiffs*, <br> v. <br> DIGITAL REALTY TRUST, INC. et al, <br> *Defendants*. | CIVIL ACTION NO. 2:24-CV-00535-JRG <br> (MEMBER CASE) |
| VALTRUS INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD., <br> *Plaintiffs*, <br> v. <br> CYRUSONE, LLC, <br> *Defendant*. | CIVIL ACTION NO. 2:24-CV-00534-JRG <br> (MEMBER CASE) |
| VERTIV CORPORATION, <br> *Plaintiff*, <br> v. <br> VALTRUS INNOVATIONS LTD., <br> *Defendant*. | CIVIL ACTION NO. 2:24-CV-00907-JRG <br> (MEMBER CASE) |

**ORDER**

Before the Court is the Joint Motion to Dismiss in Part Only with Respect to Defendant CyrusOne, LLC with Prejudice (the "Motion") filed by Plaintiffs Valtrus Innovations, Ltd. and Key Patent Innovations Ltd. (collectively, "Plaintiffs"), Defendant CyrusOne, LLC ("Defendant"), and Intervenor Vertiv Corporation ("Vertiv" and with Plaintiffs and Defendant, "the Parties"). (Dkt. No. 82.) In the Motion, the Parties request that the Court dismiss Member Case Nos. 2:24-cv-00259 and 2:24-cv-00534 with prejudice. (*Id*. at 2.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims and counterclaims that were, or could have been, brought in Member Case Nos. 2:24-cv-00259 and 2:24-cv-00534 are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned Member Case Nos. 2:24-cv-00259 and 2:24-cv-00534 are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned Member Case Nos. 2:24-cv-00259 and 2:24-cv-00534. The Clerk of Court is further directed to **MAINTAIN AS OPEN** the Lead Case No. 2:24-CV-00361-JRG.

So Ordered this

Nov 21, 2024

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE