## APPENDIX A: Vertiv's Proposed Constructions and Citations to Extrinsic Evidence

I.     '277 patent

| Terms | Vertiv's Position | Vertiv's Evidence |
|---|---|---|
| "empirical atmospheric map"<br><br>'277 patent claims: 1, 6, 10, 11, 20, 21, 22 | "data displayable as a visual representation of an area showing measured atmospheric conditions corresponding to locations" | **Intrinsic Evidence:**<br><br>'277 patent at Abstract; 2:43–57; 3:31–40; 4:17–67; 5:1–15; 6:1–59; 7:38–60; Claims 1–2, 6, 10–13, 17, 20–22; FIG. 2.<br><br>'277 patent file history, including September 16, 2003 Response to Non-Final Office Action; and December 24, 2003 Notice of Allowance.<br><br>**Extrinsic Evidence:**<br>Dr. John Abraham may provide a declaration discussing the state of the technology relating to the alleged inventions, providing a definition of one of ordinary skill in the art, and explaining how a person of ordinary skill in the art would interpret this term in view of established terminology in the field of the inventions, the disclosures of the '277 patent specification, and the record of proceedings reflected in the prosecution history file.<br><br>*map*, Merriam-Webster's New Collegiate Dictionary 695 (1979) |

| Terms | Vertiv's Position | Vertiv's Evidence |
|---|---|---|
| | | *map*, Merriam-Webster's Third New Collegiate Dictionary 1379 (2002)<br><br>*map*, MacMillian English Dictionary 872 (2002)<br><br>*SiteScan<sup>TM</sup> 2000 for Windows*, LIEBERT WEB, https://web.archive.org/web/19970110130139/http://www.liebert.com/products/sl_27070.htm (last visited June 6, 2024)<br><br>Cullen E. Bash, Chandrakant D. Patel & Ratnesh K. Sharma, *Efficient Thermal Management of Data Centers—Immediate and Long-Term Research Needs*, 9 HVAC&R RSCH. 137, 137–152 (2003)<br><br>William A. Stinnet, Thermal Management of Power Electronic Building Blocks (Feb. 10, 1999) (M.S. thesis, Virginia Polytechnic Institute and State University), https://vtechworks.lib.vt.edu/items/a5ccb1ee-d7d9-47e1-bd5c-c5e273098790 |
| "template atmospheric map"<br><br>'277 patent claims: 1, 11, 21, 22 | "data displayable as a visual representation of an area showing model atmospheric conditions corresponding to locations" | **Intrinsic Evidence:**<br><br>'277 patent at Abstract; 2:43–57; 3:31–40; 4:17–67; 5:1–15; 6:1–59; 7:38–60; Claims 1–2, 6, 10–13, 17, 20–22; FIG. 2. |

| Terms | Vertiv's Position | Vertiv's Evidence |
|---|---|---|
| | | '277 patent file history, including September 16, 2003 Response to Non-Final Office Action; and December 24, 2003 Notice of Allowance. **Extrinsic Evidence:** Dr. John Abraham may provide a declaration discussing the state of the technology relating to the alleged inventions, providing a definition of one of ordinary skill in the art, and explaining how a person of ordinary skill in the art would interpret this term in view of established terminology in the field of the inventions, the disclosures of the '277 patent specification, and the record of proceedings reflected in the prosecution history file. *map*, Merriam-Webster's New Collegiate Dictionary 695 (1979) *map*, Merriam-Webster's Third New Collegiate Dictionary 1379 (2002) *map*, MacMillian English Dictionary 872 (2002) *SiteScan$^{TM}$ 2000 for Windows*, LIEBERT WEB, |

| **Terms** | **Vertiv's Position** | **Vertiv's Evidence** |
|---|---|---|
| | | https://web.archive.org/web/19970110130139/http://www.liebert.com/products/sl_27070.htm (last visited June 6, 2024)<br><br>Cullen E. Bash, Chandrakant D. Patel & Ratnesh K. Sharma, *Efficient Thermal Management of Data Centers—Immediate and Long-Term Research Needs*, 9 HVAC&R Rsch. 137, 137–152 (2003)<br><br>William A. Stinnet, Thermal Management of Power Electronic Building Blocks (Feb. 10, 1999) (M.S. thesis, Virginia Polytechnic Institute and State University), https://vtechworks.lib.vt.edu/items/a5ccb1ee-d7d9-47e1-bd5c-c5e273098790 |
| "comparing said empirical atmospheric map to a template atmospheric map"<br><br>'277 patent claim 1 | "comparing the empirical atmospheric map to a template atmospheric map, as distinguished from comparing sensed data representing current conditions to stored data representing desired conditions" | **Intrinsic Evidence:**<br><br>'277 patent at Abstract; 2:43–57; 3:31–40; 4:17–67; 5:1–15; 6:1–59; 7:38–60; Claims 1–2, 6, 10–13, 17, 20–22; FIG. 2.<br><br>'277 patent file history, including September 16, 2003 Response to Non-Final Office Action; and December 24, 2003 Notice of Allowance. |

| Terms | Vertiv's Position | Vertiv's Evidence |
|---|---|---|
| | | **Extrinsic Evidence:**<br><br>Dr. John Abraham may provide a declaration discussing the state of the technology relating to the alleged inventions, providing a definition of one of ordinary skill in the art, and explaining how a person of ordinary skill in the art would interpret this term in view of established terminology in the field of the inventions, the disclosures of the '277 patent specification, and the record of proceedings reflected in the prosecution history file. |
| "comparing said empirical thermal map to a template thermal map"<br><br>'277 patent: claim 12 | "comparing the empirical thermal map to a template thermal map, as distinguished from comparing sensed data representing current conditions to stored data representing desired conditions" | **Intrinsic Evidence:**<br><br>'277 patent at Abstract; 2:43–57; 3:31–40; 4:17–67; 5:1–15; 6:1–59; 7:38–60; Claims 1–2, 6, 10–13, 17, 20–22; FIG. 2.<br><br>'277 patent file history, including September 16, 2003 Response to Non-Final Office Action; and December 24, 2003 Notice of Allowance.<br><br>**Extrinsic Evidence:**<br><br>Dr. John Abraham may provide a declaration discussing the state of the technology relating to the alleged inventions, providing a definition of one |

| Terms | Vertiv's Position | Vertiv's Evidence |
|---|---|---|
| | | of ordinary skill in the art, and explaining how a person of ordinary skill in the art would interpret this term in view of established terminology in the field of the inventions, the disclosures of the '277 patent specification, and the record of proceedings reflected in the prosecution history file. |
| "pattern differentials"<br><br>'277 patent: claim 1, 2, 4, 11, 12, 13, 15, 21, 22, 23, 24 | "differentials in patterns formed in a comparison between the empirical [atmospheric / thermal] map and the template [atmospheric / thermal] map, as distinguished from differences detected by a comparison of sensed current conditions to stored desired conditions" | **Intrinsic Evidence:**<br><br>'277 patent at Abstract; 2:43–57; 5:1–15; 6:36–7:37; Claims 1–2, 4, 7, 11–13, 15, 18, 21–24; FIG. 2.<br><br>'277 patent file history, including September 16, 2003 Response to Non-Final Office Action; and December 24, 2003 Notice of Allowance.<br><br>**Extrinsic Evidence:**<br><br>Dr. John Abraham may provide a declaration discussing the state of the technology relating to the alleged inventions, providing a definition of one of ordinary skill in the art, and explaining how a person of ordinary skill in the art would interpret this term in view of established terminology in the field of the inventions, the disclosures of the '277 patent specification, and the record of |

| Terms | Vertiv's Position | Vertiv's Evidence |
|---|---|---|
| | | proceedings reflected in the prosecution history file. |
| "empirical thermal map"<br><br>'277 patent claim: 2, 17 | "data displayable as a visual representation of an area showing measured temperature conditions corresponding to locations" | **Intrinsic Evidence:**<br><br>'277 patent at Abstract; 2:43–57; 3:31–40; 4:17–67; 5:1–15; 6:1–59; 7:38–60; Claims 1–2, 6, 10–13, 17, 20–22; FIG. 2.<br><br>'277 patent file history, including September 16, 2003 Response to Non-Final Office Action; and December 24, 2003 Notice of Allowance.<br><br>**Extrinsic Evidence:**<br><br>Dr. John Abraham may provide a declaration discussing the state of the technology relating to the alleged inventions, providing a definition of one of ordinary skill in the art, and explaining how a person of ordinary skill in the art would interpret this term in view of established terminology in the field of the inventions, the disclosures of the '277 patent specification, and the record of proceedings reflected in the prosecution history file.<br><br>*map*, Merriam-Webster's New Collegiate Dictionary 695 (1979) |

| Terms | Vertiv's Position | Vertiv's Evidence |
|---|---|---|
| | | *map*, Merriam-Webster's Third New Collegiate Dictionary 1379 (2002)<br><br>*map*, MacMillian English Dictionary 872 (2002)<br><br>*SiteScan™ 2000 for Windows*, LIEBERT WEB, https://web.archive.org/web/19970110130139/http://www.liebert.com/products/sl_27070.htm (last visited June 6, 2024)<br><br>Cullen E. Bash, Chandrakant D. Patel & Ratnesh K. Sharma, *Efficient Thermal Management of Data Centers—Immediate and Long-Term Research Needs*, 9 HVAC&R RSCH. 137, 137–152 (2003)<br><br>William A. Stinnet, Thermal Management of Power Electronic Building Blocks (Feb. 10, 1999) (M.S. thesis, Virginia Polytechnic Institute and State University), https://vtechworks.lib.vt.edu/items/a5ccb1ee-d7d9-47e1-bd5c-c5e273098790 |
| "template thermal map"<br><br>'277 patent claim 12 | "data displayable as a visual representation of an area showing model temperature conditions corresponding to locations" | **Intrinsic Evidence:**<br><br>'277 patent at Abstract; 2:43–57; 3:31–40; 4:17–67; 5:1–15; 6:1–59; 7:38–60; Claims 1–2, 6, 10–13, 17, 20–22; FIG. 2. |

| Terms | Vertiv's Position | Vertiv's Evidence |
|---|---|---|
| | | '277 patent file history, including September 16, 2003 Response to Non-Final Office Action; and December 24, 2003 Notice of Allowance.<br><br>**Extrinsic Evidence:**<br><br>Dr. John Abraham may provide a declaration discussing the state of the technology relating to the alleged inventions, providing a definition of one of ordinary skill in the art, and explaining how a person of ordinary skill in the art would interpret this term in view of established terminology in the field of the inventions, the disclosures of the '277 patent specification, and the record of proceedings reflected in the prosecution history file.<br><br>*map*, Merriam-Webster's New Collegiate Dictionary 695 (1979)<br><br>*map*, Merriam-Webster's Third New Collegiate Dictionary 1379 (2002)<br><br>*map*, MacMillian English Dictionary 872 (2002)<br><br>*SiteScan$^{TM}$ 2000 for Windows*, LIEBERT WEB, |

| Terms | Vertiv's Position | Vertiv's Evidence |
|---|---|---|
| | | https://web.archive.org/web/19970110130139/http://www.liebert.com/products/sl_27070.htm (last visited June 6, 2024)<br><br>Cullen E. Bash, Chandrakant D. Patel & Ratnesh K. Sharma, *Efficient Thermal Management of Data Centers—Immediate and Long-Term Research Needs*, 9 HVAC&R Rsch. 137, 137–152 (2003)<br><br>William A. Stinnet, Thermal Management of Power Electronic Building Blocks (Feb. 10, 1999) (M.S. thesis, Virginia Polytechnic Institute and State University), https://vtechworks.lib.vt.edu/items/a5ccb1ee-d7d9-47e1-bd5c-c5e273098790 |

## II. '179 patent

| Terms | Vertiv's Position | Vertiv's Evidence |
|---|---|---|
| "cooling fluid"<br><br>'179 patent claims: 1, 2, 3, 4, 6, 7, 8, 9, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 25, 26, 27, 28, 32, 33, 34, 35, 36, 37, 40 | "fluid that cools data center racks" | **Intrinsic Evidence:**<br><br>'179 patent at Abstract; 1:6–44; 1:58–2:13; 2:66–3:11; 4:11–31; 4:45–5:18; 6:1–19; 6:20–56; 7:33–52; 7:62–67; 8:1–23; 15:56–63; Claims 1–4, 6–9, 13–22, 25–28, 32–37, 40; FIGS. 1, 2A, 2B, 4A, 5.<br><br>**Extrinsic Evidence:**<br><br>Dr. John Abraham may provide a declaration discussing the state of the technology relating to the alleged inventions, providing a definition of one of ordinary skill in the art, and explaining how a person of ordinary skill in the art would interpret this term in view of established terminology in the field of the inventions, the disclosures of the '179 patent specification, and the record of proceedings reflected in the prosecution history file. |
| "controllable partition"<br><br>'179 patent claims: 1, 9, 16, 22, 27, 29, 30, 31, 37, 38, 39 | "a barrier that subdivides a space into zones and is manipulable to vary a supply of cooling fluid to a zone" | **Intrinsic Evidence:**<br><br>'179 patent at Abstract; 2:16–28; 3:11–40; 4:11–47; 5:3–33; 5:30–64; 7:10–25; 9:39–60; 10:7–64; 11:14–42; 12:14–18; 15:24–63; 16:8–29; Claims 1, 9, 16, 22, 27–31, 37–41; FIGS. 1, 2A, 2B, 5. |

| Terms | Vertiv's Position | Vertiv's Evidence |
|---|---|---|
| | | '179 patent file history, including September 14, 2004 Response to Non-Final Office Action; and November 19, 2004 Notice of Allowance.<br><br>**Extrinsic Evidence:**<br><br>Dr. John Abraham may provide a declaration discussing the state of the technology relating to the alleged inventions, providing a definition of one of ordinary skill in the art, and explaining how a person of ordinary skill in the art would interpret this term in view of established terminology in the field of the inventions, the disclosures of the '179 patent specification, and the record of proceedings reflected in the prosecution history file.<br><br>*partition*, Merriam-Webster's New Collegiate Dictionary 829 (1979) |
| "movable device configured to detect at least one environmental condition at various locations of said data center"<br><br>'179 patent claims: 9, 22 | "a device operable to travel to various locations within a data center to detect at least one environmental condition at the various locations" | **Intrinsic Evidence:**<br><br>'179 patent at 8:62–9:20; 12:30–53; Claims 1, 9, 16, 22.<br><br>U.S. Patent No. 7,114,555, which is incorporated by reference, including 2:26–55, FIG. 1A. |

| **Terms** | **Vertiv's Position** | **Vertiv's Evidence** |
|---|---|---|
| | | **Extrinsic Evidence:**<br><br>Dr. John Abraham may provide a declaration discussing the state of the technology relating to the alleged inventions, providing a definition of one of ordinary skill in the art, and explaining how a person of ordinary skill in the art would interpret this term in view of established terminology in the field of the inventions, the disclosures of the '179 patent specification, and the record of proceedings reflected in the prosecution history file. |

### III.   '287 patent

| Terms | Vertiv's Position | Vertiv's Evidence |
|---|---|---|
| "A method for cooling a room configured to house a plurality of computer systems"<br><br>'287 patent claim: 1 (preamble) | Not limiting | **Intrinsic Evidence:**<br><br>'287 patent at Abstract; 1:24–41; 2:33–35; 3:8–10; 4:20–24; 5:41–44; 5:50–53; 7:48–65; 10:51–62; 12:51–13:2; Claims 1, 3–4, 7–8, 10, 14, 16, 20. |
| "an air conditioning unit"<br><br>'287 patent claims: 1, 10, 14, 16, 18, 20<br><br>"said air conditioning unit"<br><br>'287 patent claim: 2<br><br>"the air conditioning unit"<br><br>'287 patent claims: 7, 8, 10, 14, 18, 21 | "a single air conditioning unit" | **Intrinsic Evidence:**<br><br>'287 patent at 1:63–2:29; 4:46–63; 5:28–35; 5:66–6:5; 7:35–55; Claims 1–2, 7–8, 10, 14, 16, 18, 20–21; FIGS. 1, 3.<br><br>'287 patent file history, including October 31, 2003 Preliminary Amendment and October 4, 2004 Office Action Response.<br><br>**Extrinsic Evidence:**<br><br>Dr. John Abraham may provide a declaration discussing the state of the technology relating to the alleged inventions, providing a definition of one of ordinary skill in the art, and explaining how a person of ordinary skill in the art would interpret this term in view of established terminology in the field of the inventions, the disclosures of the '287 patent specification, and the record of proceedings reflected in the prosecution history file. |

IV.     '870 patent

| Terms | Vertiv's Position | Vertiv's Evidence |
|---|---|---|
| "calculating indices of air re-circulation for the one or more heat dissipating devices based upon the detected inlet temperatures, outlet temperatures and supplied air temperatures"<br><br>'870 patent claim: 1 | Indefinite | **Intrinsic Evidence:**<br><br>'870 patent at Abstract; 2:40–54; 3:33–67; 4:1–7; 8:49–9:36; 11:64–12:14; 13:56–14:14; 16:45–17:8; 18:23–38; 18:46–19:5; Claims 1–41; FIGS. 3, 4A, 4B, 5, 6.<br><br>'870 patent file history, including December 1, 2005 Notice of Allowance.<br><br>U.S. Patent No. 7,051,946, which is incorporated by reference, including 11:20–40; 12:13–22.<br><br>**Extrinsic Evidence:**<br><br>Dr. John Abraham may provide a declaration discussing the state of the technology and terminology relating to the alleged inventions, providing a definition of one of ordinary skill in the art, and explaining that the claim, read in light of the specification and prosecution history, fails to inform, with reasonable certainty, those skilled in the art about the scope of the invention. |

| Terms | Vertiv's Position | Vertiv's Evidence |
|---|---|---|
| "configured to calculate indices of air re-circulation of the one or more heat dissipating devices based upon the inlet and outlet temperatures of one or more heat dissipating devices and temperatures of air supplied by one or more CRAC units"<br><br>'870 patent claim: 13 | Indefinite | **Intrinsic Evidence:**<br><br>'870 patent at Abstract; 2:40–54; 3:33–67; 4:1–7; 8:49–9:36; 11:64–12:14; 13:56–14:14; 16:45–17:8; 18:23–38; 18:46–19:5; Claims 1–41; FIGS. 3, 4A, 4B, 5, 6.<br><br>'870 patent file history, including December 1, 2005 Notice of Allowance.<br><br>U.S. Patent No. 7,051,946, which is incorporated by reference, including 11:20–40; 12:13–22.<br><br>**Extrinsic Evidence:**<br><br>Dr. John Abraham may provide a declaration discussing the state of the technology and terminology relating to the alleged inventions, providing a definition of one of ordinary skill in the art, and explaining that the claim, read in light of the specification and prosecution history, fails to inform, with reasonable certainty, those skilled in the art about the scope of the invention. |

| Terms | Vertiv's Position | Vertiv's Evidence |
|---|---|---|
| "configured to calculate indices of air re-circulation for the one or more heat dissipating devices based upon temperatures detected by the inlet and outlet temperature sensors and the supply air temperature sensors"<br><br>'870 patent claim: 22 | Indefinite | **Intrinsic Evidence:**<br><br>'870 patent at Abstract; 2:40–54; 3:33–67; 4:1–7; 8:49–9:36; 11:64–12:14; 13:56–14:14; 16:45–17:8; 18:23–38; 18:46–19:5; Claims 1–41; FIGS. 3, 4A, 4B, 5, 6.<br><br>'870 patent file history, including December 1, 2005 Notice of Allowance.<br><br>U.S. Patent No. 7,051,946, which is incorporated by reference, including 11:20–40; 12:13–22.<br><br>**Extrinsic Evidence:**<br><br>Dr. John Abraham may provide a declaration discussing the state of the technology and terminology relating to the alleged inventions, providing a definition of one of ordinary skill in the art, and explaining that the claim, read in light of the specification and prosecution history, fails to inform, with reasonable certainty, those skilled in the art about the scope of the invention. |

| Terms | Vertiv's Position | Vertiv's Evidence |
|---|---|---|
| "calculating indices of air re-circulation for the one or more heat dissipating devices"<br><br>'870 patent claim: 32 | Indefinite | **Intrinsic Evidence:**<br><br>'870 patent at Abstract; 2:40–54; 3:33–67; 4:1–7; 8:49–9:36; 11:64–12:14; 13:56–14:14; 16:45–17:8; 18:23–38; 18:46–19:5; Claims 1–41; FIGS. 3, 4A, 4B, 5, 6.<br><br>'870 patent file history, including December 1, 2005 Notice of Allowance.<br><br>U.S. Patent No. 7,051,946, which is incorporated by reference, including 11:20–40; 12:13–22.<br><br>**Extrinsic Evidence:**<br><br>Dr. John Abraham may provide a declaration discussing the state of the technology and terminology relating to the alleged inventions, providing a definition of one of ordinary skill in the art, and explaining that the claim, read in light of the specification and prosecution history, fails to inform, with reasonable certainty, those skilled in the art about the scope of the invention. |

| **Terms** | **Vertiv's Position** | **Vertiv's Evidence** |
|---|---|---|
| "calculating indices of air re-circulation for the one or more racks"<br><br>'870 patent claim: 37 | Indefinite | **Intrinsic Evidence:**<br><br>'870 patent at Abstract; 2:40–54; 3:33–67; 4:1–7; 8:49–9:36; 11:64–12:14; 13:56–14:14; 16:45–17:8; 18:23–38; 18:46–19:5; Claims 1–41; FIGS. 3, 4A, 4B, 5, 6.<br><br>'870 patent file history, including December 1, 2005 Notice of Allowance.<br><br>U.S. Patent No. 7,051,946, which is incorporated by reference, including 11:20–40; 12:13–22.<br><br>**Extrinsic Evidence:**<br><br>Dr. John Abraham may provide a declaration discussing the state of the technology and terminology relating to the alleged inventions, providing a definition of one of ordinary skill in the art, and explaining that the claim, read in light of the specification and prosecution history, fails to inform, with reasonable certainty, those skilled in the art about the scope of the invention. |