## APPENDIX B: Valtrus' Proposed Constructions and Citations to Supporting Evidence[1]

I.     '277 patent

| Terms | Valtrus' Position | Valtrus' Evidence |
|---|---|---|
| "empirical atmospheric map"<br><br>'277 patent claims: 1, 6, 10, 11, 20, 21, 22 | Plain and ordinary meaning. | **Intrinsic Evidence**<br>Figs. 1-2<br>Abstract<br>2:45-55<br>3:10-14<br>3:31-40<br>3:65-4:11<br>4:12-34<br>4:37-46<br>4:57-67<br>6:1-35<br><br>9/16/03 Office Action Response<br>12/18/03 Notice of Allowance<br><br>**Extrinsic Evidence**<br>IPR2025-00668, Vertiv's IPR Petition and Declaration of John P. Abraham |
| "template atmospheric map"<br><br>'277 patent claims: 1, 11, 21, 22 | Plain and ordinary meaning. | **Intrinsic Evidence**<br>Figs. 1-2<br>Abstract<br>2:45-55 |

---

[1] Valtrus reserves the right to rely on any evidence identified by Vertiv. Valtrus further reserves the right to rely on additional intrinsic evidence necessary for a full and complete understanding of the evidence cited by any party. Valtrus further reserves the right to, if needed upon reviewing Vertiv's expert declaration and briefs, identify and rely on additional evidence not presently known to it to oppose Vertiv's proposed construction.

| Terms | Valtrus' Position | Valtrus' Evidence |
|---|---|---|
| | | 3:10-14<br>3:31-40<br>3:65-4:11<br>4:12-34<br>4:37-46<br>4:57-67<br>6:36-59<br>6:61-7:6<br><br>9/16/03 Office Action Response<br>12/18/03 Notice of Allowance<br><br>**Extrinsic Evidence**<br>IPR2025-00668, Vertiv's IPR Petition and Declaration of John P. Abraham |
| "comparing said empirical atmospheric map to a template atmospheric map"<br><br>'277 patent claim 1 | Plain and ordinary meaning. | **Intrinsic Evidence**<br>Figs. 1-2<br>Abstract<br>2:45-55<br>3:10-14<br>3:31-40<br>4:41-67<br>5:1-14<br>6:60-7:6<br><br>9/16/03 Office Action Response<br>12/18/03 Notice of Allowance<br><br>**Extrinsic Evidence**<br>IPR2025-00668, Vertiv's IPR Petition and Declaration of John P. Abraham |

| Terms | Valtrus' Position | Valtrus' Evidence |
|---|---|---|
| "comparing said empirical thermal map to a template thermal map"<br><br>'277 patent: claim 12 | Plain and ordinary meaning. | **Intrinsic Evidence**<br>Figs. 1-2<br>Abstract<br>2:45-55<br>3:10-14<br>3:31-40<br>4:41-67<br>5:1-14<br>6:60-7:6<br><br>9/16/03 Office Action Response<br>12/18/03 Notice of Allowance<br><br>**Extrinsic Evidence**<br>IPR2025-00668, Vertiv's IPR Petition and Declaration of John P. Abraham |
| "pattern differentials"<br><br>'277 patent: claim 1, 2, 4, 11, 12, 13, 15, 21, 22, 23, 24 | Plain and ordinary meaning. | **Intrinsic Evidence**<br>Figs. 1-2<br>Abstract<br>2:45-55<br>4:41-67<br>5:1-14<br>6:60-7:6<br><br>9/16/03 Office Action Response<br>12/18/03 Notice of Allowance<br><br>**Extrinsic Evidence**<br>IPR2025-00668, Vertiv's IPR Petition and Declaration of John P. Abraham |

| Terms | Valtrus' Position | Valtrus' Evidence |
|---|---|---|
| "empirical thermal map"<br><br>'277 patent claim: 2, 17 | Plain and ordinary meaning. | **Intrinsic Evidence**<br>Figs. 1-2<br>Abstract<br>2:45-55<br>3:10-14<br>3:31-40<br>3:65-4:11<br>4:12-34<br>4:37-46<br>4:57-67<br>6:1-35<br><br>9/16/03 Office Action Response<br>12/18/03 Notice of Allowance<br><br>**Extrinsic Evidence**<br>IPR2025-00668, Vertiv's IPR Petition and Declaration of John P. Abraham |
| "template thermal map"<br><br>'277 patent claim 12 | Plain and ordinary meaning. | **Intrinsic Evidence**<br>Figs. 1-2<br>Abstract<br>2:45-55<br>3:10-14<br>3:31-40<br>3:65-4:11<br>4:12-34<br>4:37-46<br>4:57-67<br>6:36-59<br>6:61-7:6 |

| Terms | Valtrus' Position | Valtrus' Evidence |
|---|---|---|
|  |  | 9/16/03 Office Action Response<br>12/18/03 Notice of Allowance<br><br>**<u>Extrinsic Evidence</u>**<br>IPR2025-00668, Vertiv's IPR Petition and Declaration of John P. Abraham |

## II.     '179 patent

| Terms | Valtrus' Position | Valtrus' Evidence |
|---|---|---|
| "cooling fluid"<br><br>'179 patent claims: 1, 2, 3, 4, 6, 7, 8, 9, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 25, 26, 27, 28, 32, 33, 34, 35, 36, 37, 40 | Plain and ordinary meaning. | **Intrinsic Evidence**<br>Fig. 4A<br>Abstract<br>1:34-44<br>2:16-28<br>2:66-3:11<br>3:11-19<br>3:31-40<br><br>6/14/04 Office Action<br>9/14/04 Office Action Response<br>11/17/04 Notice of Allowance<br><br>**Extrinsic Evidence**<br>IPR2025-00669, Vertiv's IPR Petition and Declaration of John P. Abraham |
| "controllable partition"<br><br>'179 patent claims: 1, 9, 16, 22, 27, 29, 30, 31, 37, 38, 39 | A "controllable partition" cannot be a "vent" | **Intrinsic Evidence**<br>Fig. 1<br>Fig. 2A<br>Fig. 4A<br>Fig. 5<br>4:11-39<br>5:2-18<br>5:30-59<br>8:19-23<br>16:15-36<br>17:46-50<br>Claims 1, 7 |

| Terms | Valtrus' Position | Valtrus' Evidence |
|---|---|---|
| | | 6/14/04 Office Action<br>9/14/04 Office Action Response<br>11/17/04 Notice of Allowance<br><br>**Extrinsic Evidence**<br>IPR2025-00669, Vertiv's IPR Petition and Declaration of John P. Abraham |
| "movable device configured to detect at least one environmental condition at various locations of said data center"<br><br>'179 patent claims: 9, 22 | Plain and ordinary meaning. | **Intrinsic Evidence**<br>Fig. 4A<br>6:57-66<br>8:41-9:21<br>12:13-47<br><br>6/14/04 Office Action<br>9/14/04 Office Action Response<br>11/17/04 Notice of Allowance<br><br>**Extrinsic Evidence**<br>IPR2025-00669, Vertiv's IPR Petition and Declaration of John P. Abraham |

### III. '287 patent

| Terms | Valtrus' Position | Valtrus' Evidence |
|---|---|---|
| "A method for cooling a room configured to house a plurality of computer systems"<br><br>'287 patent claim: 1 (preamble) | The preamble is limiting. | **Intrinsic Evidence**<br>1:7-17<br>1:23-25<br>1:42-2:39<br>4:8-24<br>7:14-20<br>12:51-59<br>13:12-49<br>Claim 1<br><br>5/4/05 Office Action<br>10/4/04 Office Action Response<br>10/26/04 Notice of Allowance<br><br>**Extrinsic Evidence**<br>IPR2025-00667, Vertiv's IPR Petition and Declaration of John P. Abraham |
| "an air conditioning unit"<br><br>'287 patent claims: 1, 10, 14, 16, 18, 20<br><br>"said air conditioning unit"<br><br>'287 patent claim: 2<br><br>"the air conditioning unit"<br><br>'287 patent claims: 7, 8, 10, 14, 18, 21 | Plain and ordinary meaning. | **Intrinsic Evidence**<br>Fig. 1<br>Fig. 3<br>1:63-2:29<br>3:34-47<br>4:45-5:12<br>5:27-43<br>5:54-65<br><br>5/4/05 Office Action<br>10/4/04 Office Action Response<br>10/26/04 Notice of Allowance |

| **Terms** | **Valtrus' Position** | **Valtrus' Evidence** |
|---|---|---|
|  |  | **Extrinsic Evidence**<br>IPR2025-00667, Vertiv's IPR Petition and Declaration of John P. Abraham |

## IV.  '870 patent

| Terms | Valtrus' Position | Valtrus' Evidence |
|---|---|---|
| "calculating indices of air re-circulation for the one or more heat dissipating devices based upon the detected inlet temperatures, outlet temperatures and supplied air temperatures"<br><br>'870 patent claim: 1 | Plain and ordinary meaning. Not indefinite. | **Intrinsic Evidence**<br>Fig. 2<br>Fig. 3<br>Fig. 4A<br>Fig. 4B<br>Fig. 5<br>Fig. 6<br>2:40-55<br>3:20-4:7<br>8:9-10:7<br>10:12-23<br>10:49-12:45<br>13:25-14:28<br>14:50-67<br>16:9-17:1<br>17:1-65<br>18:14-38<br>20:15-35<br>20:65-21:10<br>22:1-23<br>23:31-49<br>24:8-21<br>25:4-16<br>25:61-26:10<br><br>U.S. Patent No. 7,051,946 (incorporated by reference)<br>Fig. 4A<br>Fig. 4B |

| Terms | Valtrus' Position | Valtrus' Evidence |
|---|---|---|
| | | 2:20-67<br>3:1-24<br>4:14-5:5<br>10:60-65<br>11:01-59<br>12:10-57<br><br>**Extrinsic Evidence**<br>Expert declaration of Dr. Himanshu Pokharna regarding the meaning of the claim term to a person of ordinary skill in the art.<br><br>Vertiv Application Note: Enhanced Efficiency in Data Center with Elevated Return Air Temperature |
| "configured to calculate indices of air re-circulation of the one or more heat dissipating devices based upon the inlet and outlet temperatures of one or more heat dissipating devices and temperatures of air supplied by one or more CRAC units"<br><br>'870 patent claim: 13 | Plain and ordinary meaning. Not indefinite. | **Intrinsic Evidence**<br>Fig. 2<br>Fig. 3<br>Fig. 4A<br>Fig. 4B<br>Fig. 5<br>Fig. 6<br>2:40-55<br>3:20-4:7<br>8:9-10:7<br>10:12-23<br>10:49-12:45<br>13:25-14:28<br>14:50-67<br>16:9-17:1 |

| **Terms** | **Valtrus' Position** | **Valtrus' Evidence** |
|---|---|---|
| | | 17:1-65<br>18:14-38<br>20:15-35<br>20:65-21:10<br>22:1-23<br>23:31-49<br>24:8-21<br>25:4-16<br>25:61-26:10<br><br>U.S. Patent No. 7,051,946 (incorporated by reference)<br>Fig. 4A<br>Fig. 4B<br>2:20-67<br>3:1-24<br>4:14-5:5<br>10:60-65<br>11:01-59<br>12:10-57<br><br>**Extrinsic Evidence**<br>Expert declaration of Dr. Himanshu Pokharna regarding the meaning of the claim term to a person of ordinary skill in the art.<br><br>Vertiv Application Note: Enhanced Efficiency in Data Center with Elevated Return Air Temperature |
| "configured to calculate indices of air re-circulation for the one or more heat | Plain and ordinary meaning. Not indefinite. | **Intrinsic Evidence**<br>Fig. 2 |

| Terms | Valtrus' Position | Valtrus' Evidence |
|---|---|---|
| dissipating devices based upon temperatures detected by the inlet and outlet temperature sensors and the supply air temperature sensors"<br><br>'870 patent claim: 22 | | Fig. 3<br>Fig. 4A<br>Fig. 4B<br>Fig. 5<br>Fig. 6<br>2:40-55<br>3:20-4:7<br>8:9-10:7<br>10:12-23<br>10:49-12:45<br>13:25-14:28<br>14:50-67<br>16:9-17:1<br>17:1-65<br>18:14-38<br>20:15-35<br>20:65-21:10<br>22:1-23<br>23:31-49<br>24:8-21<br>25:4-16<br>25:61-26:10<br><br>U.S. Patent No. 7,051,946 (incorporated by reference)<br>Fig. 4A<br>Fig. 4B<br>2:20-67<br>3:1-24<br>4:14-5:5<br>10:60-65<br>11:01-59 |

| **Terms** | **Valtrus' Position** | **Valtrus' Evidence** |
|---|---|---|
| | | 12:10-57<br><br>**Extrinsic Evidence**<br>Expert declaration of Dr. Himanshu Pokharna regarding the meaning of the claim term to a person of ordinary skill in the art.<br><br>Vertiv Application Note: Enhanced Efficiency in Data Center with Elevated Return Air Temperature |
| "calculating indices of air re-circulation for the one or more heat dissipating devices"<br><br>'870 patent claim: 32 | Plain and ordinary meaning. Not indefinite. | **Intrinsic Evidence**<br>Fig. 2<br>Fig. 3<br>Fig. 4A<br>Fig. 4B<br>Fig. 5<br>Fig. 6<br>2:40-55<br>3:20-4:7<br>8:9-10:7<br>10:12-23<br>10:49-12:45<br>13:25-14:28<br>14:50-67<br>16:9-17:1<br>17:1-65<br>18:14-38<br>20:15-35<br>20:65-21:10<br>22:1-23<br>23:31-49 |

| **Terms** | **Valtrus' Position** | **Valtrus' Evidence** |
|---|---|---|
| | | 24:8-21<br>25:4-16<br>25:61-26:10<br><br>U.S. Patent No. 7,051,946 (incorporated by reference)<br>Fig. 4A<br>Fig. 4B<br>2:20-67<br>3:1-24<br>4:14-5:5<br>10:60-65<br>11:01-59<br>12:10-57<br><br>**Extrinsic Evidence**<br>Expert declaration of Dr. Himanshu Pokharna regarding the meaning of the claim term to a person of ordinary skill in the art.<br><br>Vertiv Application Note: Enhanced Efficiency in Data Center with Elevated Return Air Temperature |
| "calculating indices of air re-circulation for the one or more racks"<br><br>'870 patent claim: 37 | Plain and ordinary meaning. Not indefinite. | **Intrinsic Evidence**<br>Fig. 2<br>Fig. 3<br>Fig. 4A<br>Fig. 4B<br>Fig. 5<br>Fig. 6<br>2:40-55 |

| Terms | Valtrus' Position | Valtrus' Evidence |
|---|---|---|
| | | 3:20-4:7<br>8:9-10:7<br>10:12-23<br>10:49-12:45<br>13:25-14:28<br>14:50-67<br>16:9-17:1<br>17:1-65<br>18:14-38<br>20:15-35<br>20:65-21:10<br>22:1-23<br>23:31-49<br>24:8-21<br>25:4-16<br>25:61-26:10<br><br>U.S. Patent No. 7,051,946 (incorporated by reference)<br>Fig. 4A<br>Fig. 4B<br>2:20-67<br>3:1-24<br>4:14-5:5<br>10:60-65<br>11:01-59<br>12:10-57<br><br>**Extrinsic Evidence**<br>Expert declaration of Dr. Himanshu Pokharna regarding the meaning of the claim term to a person of ordinary skill in the art. |

| Terms | Valtrus' Position | Valtrus' Evidence |
|---|---|---|
| | | Vertiv Application Note: Enhanced Efficiency in Data Center with Elevated Return Air Temperature |