**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| [1pre] A method for cooling a room configured to house a plurality of computer systems, said method comprising: | To the extent the Vertiv Customers used the Accused Non-Vertiv Products, which include the equipment charted below from Motivair, Trane, Vigilent, or any reasonably similar equipment from other suppliers, the Vertiv Customers perform this limitation, as set forth below.<br><br>Motivair free cooling chillers with chilled door rack cooling systems are used in a method for cooling a room configured to house a plurality of computer systems (i.e. data centers):<br><br><br><br>When commercial grade isn't enough<br><br>https://www.motivaircorp.com/uploads/files/brochures/Motivair_MPC-11-2017.pdf |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| |   Exploded View of Chilled Door®  https://www.motivaircorp.com/uploads/files/brochures/ChilledDoor%20brochure_2023(1).pdf  Trane chillers with airside economizers or water economizers are used in a method for cooling a room configured to house a plurality of computer systems (i.e. data centers): |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | <br><br>https://www.trane.com/content/dam/Trane/Commercial/global/products-systems/education-training/engineers-newsletters/airside-design/admapn020en-0406.pdf<br><br>Vigilent's cooling system is used in a method for cooling a room configured to house a plurality of computer systems (i.e. data centers).<br><br>Vigilent instruments the white floor with sensors that continuously monitor temperatures at the server rack. Data from hundreds or thousands of temperature sensors is constantly and wirelessly transmitted to local gateways that aggregate the data before sending it to the AI Engine, which controls the cooling infrastructure.<br><br>The Vigilent system makes control decisions designed to eliminate hot spots while avoiding unnecessary overcooling; at the same time, cooling units are automatically managed under dynamic control to ensure that the most optimal choices of CRACs or CRAHs are made, reducing your energy spend.<br><br>https://www.vigilent.com/who-we-serve/by-role/data-center-designer/ |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| |  https://www.vigilent.com/who-we-serve/by-facility/data-centers/ |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
|  | <br><br>https://techcrunch.com/2012/03/26/vigilent-raises-6-7m-from-accel-for-intelligent-data-center-energy-management-system/?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS88&guce_referrer_sig=AQAAAHN5ro4OJaRHQi5FRCMvqn2bp-tTxvWCI3YIbeLD |
| [1a] providing a plurality of heat exchanger units configured to receive air from said room and to deliver air to said room; | To the extent the Vertiv Customers used the Accused Non-Vertiv Products, which include the equipment charted below from Motivair, Trane, Vigilent, or any reasonably similar |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | equipment from other suppliers, the Vertiv Customers perform this limitation, as set forth below.<br><br>Motivair free cooling chillers with chilled door rack cooling systems provide a plurality of heat exchanger units configured to receive air from said room and to deliver air to said room.<br><br><br><br>https://www.motivaircorp.com/uploads/files/brochures/ChilledDoor%20brochure_2023(1).pdf |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
|  |  See, *e.g.*, MPC-FC Free-Cooling Chillers, Motivair Cooling Solutions, https://www.motivaircorp.com/uploads/files/brochures/Motivair_MPC-11-2017.pdf Trane chillers with airside economizers or water economizers provide a plurality of heat exchanger units configured to receive air from said room and to deliver air to said room. |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| |  https://www.trane.com/content/dam/Trane/Commercial/global/products-systems/education-training/engineers-newsletters/airside-design/admapn020en-0406.pdf <br><br> Vigilent's cooling system activates the cooling units, that deliver and receive air from the room, and measures the return and discharge air temperatures. <br><br> **MONITOR STATUS** <br> CRAC, CRAH, and AHU temperature sensors constantly measure the discharge and return air temperatures of your cooling equipment. This data is stored indefinitely to enable the detection of long-term trends. <br><br> https://www.vigilent.com/products-and-services/monitoring/ |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | You can track different cooling unit variables, including:<br><br>• **BOP** is the control output, which is how the Vigilent system can adjust cooling units by turning them on or off<br><br>• **Discharge Air** is the temperature of air being supplied to the facility by the cooling unit<br><br>• **Power Monitor** will display the amount of power in kilowatts (kW) being used by that equipment<br><br>• **Return Air** is the temperature of the air coming back into the cooling unit<br><br>• **Return and Discharge Temperature Sensors** – Measures the return air and discharge air temperature for each cooling unit<br><br>https://fccid.io/ANATEL/01612-15-08292/MANUAL/16006226-67DD-49FB-8873-2E15C3330211/PDF, pp. 2, 24.<br><br> |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | https://slideplayer.com/slide/12118919/ <br><br>  <br><br> https://slideplayer.com/slide/12118919/. |
| [1b] supplying said plurality of heat exchanger units with cooling fluid from an air conditioning unit; | To the extent the Vertiv Customers used the Accused Non-Vertiv Products, which include the equipment charted below from Motivair, Trane, Vigilent, or any reasonably similar equipment from other suppliers, the Vertiv Customers perform this limitation, as set forth below. <br><br> The Motivair chillers with chilled door rack cooling systems are supplied with a cooling fluid from an air conditioning unit (e.g., glycol, cold air, chilled water, etc.). |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| |  https://www.motivaircorp.com/uploads/files/brochures/Motivair_MPC-11-2017.pdf <br><br> The Trane chillers are supplied with a cooling fluid from an air conditioning unit (e.g., chilled water, refrigerant, glycol, cold air, etc.). |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | <br>https://www.trane.com/content/dam/Trane/Commercial/global/products-systems/education-training/engineers-newsletters/airside-design/admapn020en-0406.pdf<br><br>Vigilent's cooling system supplies chilled water to the Computer Room Air Handler unit, CRAH (heat exchanger units) from a central chilled water plant. |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | Computer Room Air Conditioning unit. A standalone device sitting on the data center floor that provides cool air to the room via a fan. CRAC units usually have multiple local compressors and self-contained refrigerant as the cooling agent. <br> CRAH <br> Computer Room Air Handler unit. A standalone device sitting on the data center floor that provides cool air to the room via a fan. CRAH units typically use chilled water as the cooling agent that is supplied from a central chilled water plant in the facility. <br> CT <br> The Current Transducer (CT) is used with a power sensor to measure power of cooling units. <br> CW <br> Chilled Water unit. A type of CRAC unit that uses chilled water from a dedicated, onsite chiller plant to cool the discharge air. <br><br> https://fccid.io/ANATEL/01612-15-08292/MANUAL/16006226-67DD-49FB-8873-2E15C3330211/PDF, p. 157. |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | <br>https://www.vigilent.com/products-and-services/monitoring/ |
| [1c] cooling said received air through heat exchange with the cooling fluid in the plurality of heat exchanger units; | To the extent the Vertiv Customers used the Accused Non-Vertiv Products, which include the equipment charted below from Motivair, Trane, Vigilent, or any reasonably similar equipment from other suppliers, the Vertiv Customers perform this limitation, as set forth below.<br><br>The Motivair chillers with chilled door rack cooling systems cool said received air through heat exchange with the cooling fluid in the plurality of heat exchanger units (e.g., glycol, cold air, refrigerant, chilled water, etc.). |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | <br><br>https://www.motivaircorp.com/uploads/files/brochures/Motivair_MPC-11-2017.pdf<br><br>The Trane chillers cool said received air through heat exchange with the cooling fluid in the plurality of heat exchanger units (e.g., refrigerant, cold air, chilled water, etc.). |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
| --- | --- |
| |  Figure 2. Water economizer piped in parallel with chillers<br><br>https://www.trane.com/content/dam/Trane/Commercial/global/products-systems/education-training/engineers-newsletters/waterside-design/admapn029en_0808.pdf<br><br>Vigilent's cooling system supplies chilled water to the Computer Room Air Handler unit, CRAH (heat exchanger units) from a central chilled water plant. |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | Computer Room Air Conditioning unit. A standalone device sitting on the data center floor that provides cool air to the room via a fan. CRAC units usually have multiple local compressors and self-contained refrigerant as the cooling agent. |
| | CRAH |
| | Computer Room Air Handler unit. A standalone device sitting on the data center floor that provides cool air to the room via a fan. CRAH units typically use chilled water as the cooling agent that is supplied from a central chilled water plant in the facility. |
| | CT |
| | The Current Transducer (CT) is used with a power sensor to measure power of cooling units. |
| | CW |
| | Chilled Water unit. A type of CRAC unit that uses chilled water from a dedicated, onsite chiller plant to cool the discharge air. |
| | https://fccid.io/ANATEL/01612-15-08292/MANUAL/16006226-67DD-49FB-8873-2E15C3330211/PDF, p. 153. |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| |  https://www.vigilent.com/products-and-services/monitoring/ |
| [1d] sensing temperatures at one or more locations in said room; | To the extent the Vertiv Customers used the Accused Non-Vertiv Products, which include the equipment charted below from Motivair, Trane, Vigilent, or any reasonably similar equipment from other suppliers, the Vertiv Customers perform this limitation, as set forth below. Using the Motivair chillers with chilled door rack cooling systems, the Vertiv Customers sense the temperature using temperature sensors (e.g., measures "room air in" and "room air out"). |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| |  Exploded View of Chilled Door® https://www.motivaircorp.com/uploads/files/brochures/ChilledDoor%20brochure_2023(1).pdf Using the Trane chillers, the Vertiv Customers sense the temperature using temperature sensors (e.g., zone sensors). |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | <br><br>**Temperature Sensors**<br><br>Temperature sensors feature a full-line offering that provides flexibility for building occupants to choose various temperature and operating mode set points to meet their comfort levels. Trane® offers a full line of wired and wireless temperature sensors. Wired temperature sensors are the suitable alternative for locations that cannot accommodate wireless sensors or that require a service tool connection. Wireless temperature sensors, which provide easy and flexible installation, are a cost effective alternative to wired sensors.<br><br>**Zone Sensors and Themostats**<br><br>Our zone sensors and thermostats provide accurate and reliable sensing that is critical to keeping your HVAC systems running at optimum levels. Models are available using wired or wireless communication depending on building requirements.<br><br>**What is a zone sensor?**<br><br>A zone sensor provides feedback to the control system on elements of the room that affect comfort, such as temperature and humidity, or safety, such as $CO_2$.<br><br>https://www.trane.com/commercial/north-america/us/en/products-systems/building-management---automation/accessories/sensors.html<br><br>Vigilent's cooling system reads rack sensors (deployed on the plurality of server racks) configured to measure inlet and outlet temperatures across the data center. |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | **Wireless Rack-Inlet Temperature Sensor** – Wireless sensor that measures temperature at the top and bottom of the rack inlet. |
| | **Rack-Top and Rack-Bottom thermistors** – Attached via a cable sleeve, these are the physical monitoring points for each temperature sensor. |
| | https://fccid.io/ANATEL/01612-15-08292/MANUAL/16006226-67DD-49FB-8873-2E15C3330211/PDF, p. 2. |
| |  |
| | https://fccid.io/ANATEL/01612-15-08292/MANUAL/16006226-67DD-49FB-8873-2E15C3330211/PDF, p. 1. |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | <br><br>**Wireless Sensors**<br><br>Wireless sensors are typically deployed every third rack to measure the inlet air temperature every minute. The sensors have two thermistors, one to capture temperature at rack bottom, the other at rack top.<br><br>Wireless sensors are also used to monitor return and supply air temperature, and the power consumed, by each cooling unit. Sensors are also available to measure other environmental conditions, namely pressure and humidity.<br><br>The sensors are based on advanced mesh networking technology, which allows each node to be both a source and repeater for other nodes, allowing the network to automatically self-configure and be resilient to intermittent outages or changes in site layout.<br><br>https://fccid.io/ANATEL/01612-15-08292/MANUAL/16006226-67DD-49FB-8873-2E15C3330211/PDF, p. 4.<br><br>https://www.vigilent.com/technology/system-architecture/ |
| [1e] controlling at least one of the temperature of said cooling fluid and said air delivery by said plurality of heat exchanger units to said room in response to said sensed temperatures at said one or more locations; and | To the extent the Vertiv Customers used the Accused Non-Vertiv Products, which include the equipment charted below from Motivair, Trane, Vigilent, or any reasonably similar equipment from other suppliers, the Vertiv Customers perform this limitation, as set forth below.<br><br>The Motivair chillers with chilled door rack cooling system control air delivery (e.g., from free cooling to compressor) in response to said sensed temperatures at said one or more locations. |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | **FREE-COOLING CHILLER SYSTEMS**<br><br>Motivair Free-Cooling chillers can be ordered with the adiabatic option fitted.<br><br>By automatically turning on the system when Free Cooling is active and the ambient temperature is above freezing, partial and 100% Free-Cooling operating hours can be significantly increased.<br><br>This allows the refrigeration compressors to be turned off for longer periods of time, in addition to the improved summer air cooled efficiency described above.<br><br>The Adiabatic System is controlled and protected by the proprietary Motivair chiller PLC software and is completely automatic including auto fill, winter drain down, low water level and anti-freeze alarms.<br><br>Seamless change from refrigeration & optional Free Cooling mode based on system load, chilled water temp, ambient temp and installation profile.<br><br>https://www.motivaircorp.com/uploads/files/brochures/2024/MLC%20Chiller.pdf<br><br>The Trane chillers control air delivery (e.g., from free cooling to chilled water) in response to said sensed temperatures at said one or more locations. |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | **Integrated economizer mode.** During mild weather (55°F to 75°F [13°C to 24°C], for example), outdoor air can provide some cooling capacity, but not enough to satisfy the load, so mechanical cooling supplements the economizer cooling provided by the wide-open outdoor-air damper. We refer to this mode as *integrated economizer* because it combines "free" cooling (100% outdoor air) with mechanical cooling to meet the required cooling capacity. The system stays in integrated economizer mode until outdoor conditions reach the high-limit shutoff setting (discussed in more detail on p. 5), or until the outdoor conditions fall to the point where modulated economizer operation can handle the cooling load. |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
|  | **Figure 2. Water economizer piped in parallel with chillers**<br><br>https://www.trane.com/content/dam/Trane/Commercial/global/products-systems/education-training/engineers-newsletters/waterside-design/admapn029en_0808.pdf<br><br>Vigilent's cooling system generates an airflow for an optimal cooling output using the CRAH unit based on the temperature of the rack sensors. |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | Computer Room Air Conditioning unit. A standalone device sitting on the data center floor that provides cool air to the room via a fan. CRAC units usually have mul-tiple local compressors and self-contained refrigerant as the cooling agent.<br><br>CRAH<br>Computer Room Air Handler unit. A standalone device sitting on the data center floor that provides cool air to the room via a fan. CRAH units typically use chilled water as the cooling agent that is supplied from a central chilled water plant in the facility.<br><br>CT<br>The Current Transducer (CT) is used with a power sensor to measure power of cooling units.<br><br>CW<br>Chilled Water unit. A type of CRAC unit that uses chilled water from a dedicated, onsite chiller plant to cool the discharge air.<br><br>https://fccid.io/ANATEL/01612-15-08292/MANUAL/16006226-67DD-49FB-8873-2E15C3330211/PDF, p. 157.<br><br>RWT<br>Return water temperature. Measured temperature of the chilled water loop returning to the chiller.<br>S<br>SAT<br>Supply Air Temperature. Measured temperature of the air leaving an AHU that is being supplied to the building zones. |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | SWT<br>Supply Water Temperature. Measured temperature of the chilled water loop that provides the cooling source for AHUs.<br><br>https://fccid.io/ANATEL/01612-15-08292/MANUAL/16006226-67DD-49FB-8873-2E15C3330211/PDF, p. 158.<br><br> |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | https://slideplayer.com/slide/12118919/<br><br>Using wireless temperature sensors, the system collects granular information about the thermal environment of your facility. Temperature sensors are placed every three to four racks measuring temperature at the top and bottom of the rack. Thermal data is communicated via a wireless mesh network back to the control software.<br><br>The AI control software uses the real-time thermal data to learn and build an airflow model of the environment. The model is used to determine the optimal cooling output to ensure that the thermal environment is maintained with a minimal amount of energy.<br><br>The software then makes active control decisions for each cooling unit. The **Data Center Control** section provides more detail on the different control capabilities of the system. The real-time temperature monitoring provides thermal feedback as the software begins to control the environment. This constant monitoring and control response occurs automatically and dynamically to optimize your thermal environment.<br><br>https://fccid.io/ANATEL/01612-15-08292/MANUAL/16006226-67DD-49FB-8873-2E15C3330211/PDF, pp. 102, 103 |
| [1f] wherein the step of controlling said air delivery by said plurality of heat exchanger units comprises individually manipulating a mass flow rate of the cooling fluid supplied to each of the plurality of heat exchanger units. | To the extent the Vertiv Customers used the Accused Non-Vertiv Products, which include the equipment charted below from Motivair, Trane, Vigilent, or any reasonably similar equipment from other suppliers, the Vertiv Customers perform this limitation, as set forth below.<br><br>The Motivair chillers with chilled door rack cooling system manipulate (e.g., changes from free cooling to compressor) a mass flow rate of the cooling fluid supplied to each of the plurality of heat exchanger units. |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
| --- | --- |
|  | **FREE-COOLING CHILLER SYSTEMS**<br><br>Motivair Free-Cooling chillers can be ordered with the adiabatic option fitted.<br><br>By automatically turning on the system when Free Cooling is active and the ambient temperature is above freezing, partial and 100% Free-Cooling operating hours can be significantly increased.<br><br>This allows the refrigeration compressors to be turned off for longer periods of time, in addition to the improved summer air cooled efficiency described above.<br><br>The Adiabatic System is controlled and protected by the proprietary Motivair chiller PLC software and is completely automatic including auto fill, winter drain down, low water level and anti-freeze alarms.<br><br>Seamless change from refrigeration & optional Free Cooling mode based on system load, chilled water temp, ambient temp and installation profile.<br><br>https://www.motivaircorp.com/uploads/files/brochures/2024/MLC%20Chiller.pdf<br><br>The Trane chillers manipulate (e.g., changes from free cooling to chilled water) a mass flow rate of the cooling fluid supplied to each of the plurality of heat exchanger units. |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
| --- | --- |
| | **Integrated economizer mode.**<br>During mild weather (55°F to 75°F [13°C to 24°C], for example), outdoor air can provide some cooling capacity, but not enough to satisfy the load, so mechanical cooling supplements the economizer cooling provided by the wide-open outdoor-air damper. We refer to this mode as *integrated economizer* because it combines "free" cooling (100% outdoor air) with mechanical cooling to meet the required cooling capacity. The system stays in integrated economizer mode until outdoor conditions reach the high-limit shutoff setting (discussed in more detail on p. 5), or until the outdoor conditions fall to the point where modulated economizer operation can handle the cooling load. |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | **Figure 2. Water economizer piped in parallel with chillers**<br><br><br><br>https://www.trane.com/content/dam/Trane/Commercial/global/products-systems/education-training/engineers-newsletters/waterside-design/admapn029en_0808.pdf.<br><br>Vigilent's cooling system is used to control the water flow supplied to each cooling unit automatically based on the measured temperature. |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | https://fccid.io/ANATEL/01612-15-08292/MANUAL/16006226-67DD-49FB-8873-2E15C3330211/PDF, p. 153.<br><br>Using wireless temperature sensors, the system collects granular information about the thermal environment of your facility. Temperature sensors are placed every three to four racks measuring temperature at the top and bottom of the rack. Thermal data is communicated via a wireless mesh network back to the control software.<br><br>The AI control software uses the real-time thermal data to learn and build an airflow model of the environment. The model is used to determine the optimal cooling output to ensure that the thermal environment is maintained with a minimal amount of energy.<br><br>The software then makes active control decisions for each cooling unit. The **Data Center Control** section provides more detail on the different control capabilities of the system. The real-time temperature monitoring provides thermal feedback Thermal data is communicated via a wireless mesh network back to the control software.<br><br>The AI control software uses the real-time thermal data to learn and build an airflow model of the environment. The model is used to determine the optimal cooling output to ensure that the thermal environment is maintained with a minimal amount of energy.<br><br>The software then makes active control decisions for each cooling unit. The **Data Center Control** section provides more detail on the different control capabilities of the system. The real-time temperature monitoring provides thermal feedback<br><br><br>https://fccid.io/ANATEL/01612-15-08292/MANUAL/16006226-67DD-49FB-8873-2E15C3330211/PDF, pp. 102, 103.<br><br>**How does the software control each cooling unit?**<br><br>There are many differences in how a cooling unit can be controlled. Some units can only be turned ON and OFF. Some have Variable Frequency Drives (VFDs) for fan speed control, and others have been retrofitted with EC Plug Fans, which also have fan speed control. The Vigilent System is designed to work with all of these units and even a mix of different types.<br><br>The Vigilent system controls the HVAC equipment to keep each zone temperature within its set point, configured by the user in the **Set Points tab**, while reducing airflow energy. The reduced airflow conserves energy by reducing fan power and putting less demand on chiller plants and boilers. |

**Exhibit 5 – Infringement Claim Chart U.S. Patent No. 6,854,287 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | https://fccid.io/ANATEL/01612-15-08292/MANUAL/16006226-67DD-49FB-8873-2E15C3330211/PDF, pp. 104, 107.<br><br><br><br>https://fccid.io/ANATEL/01612-15-08292/MANUAL/16006226-67DD-49FB-8873-2E15C3330211/PDF, p. 47. |