**Exhibit 7 – Infringement Claim Chart U.S. Patent No. 6,862,179 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| [1pre] A method of cooling a plurality of racks in a data center, said method comprising: | To the extent the Vertiv Customers used the Accused Non-Vertiv Products, which include the equipment charted below from Motivair, Trane, Vigilent, or any reasonably similar equipment from other suppliers, the Vertiv Customers perform this limitation, as set forth below.<br><br>Motivair free cooling chillers are used with chilled door rack cooling systems in a method of cooling a plurality of racks in a data center:<br><br>When commercial grade isn't enough<br><br>https://www.motivaircorp.com/uploads/files/brochures/Motivair_MPC-11-2017.pdf |

**Exhibit 7 – Infringement Claim Chart U.S. Patent No. 6,862,179 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | showing 65° F chilled water returning to chiller at 75° F, EC fans, 75° F room air out, standard or custom server rack, 75° F room air in, and slab floor. Exploded View of Chilled Door® <br><br> https://www.motivaircorp.com/uploads/files/brochures/ChilledDoor%20brochure_2023(1).pdf <br><br> Trane chillers with airside economizers or water economizers are used in a method of cooling a plurality of racks in a data center: |

**Exhibit 7 – Infringement Claim Chart U.S. Patent No. 6,862,179 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | ![Airside economizer diagram showing relief-air damper, return-air damper, outdoor-air damper, and system controller. Airside economizer: "A duct-and-damper arrangement and automatic control system that, together, allow a cooling system to supply outdoor air to reduce or eliminate the need for mechanical cooling during mild or cold weather" [from ASHRAE Standard 90.1–2004, Section 3]] https://www.trane.com/content/dam/Trane/Commercial/global/products-systems/education-training/engineers-newsletters/airside-design/admapn020en-0406.pdf <br><br> Vigilent performs a method of cooling a plurality of racks in a data center. |

**Exhibit 7 – Infringement Claim Chart U.S. Patent No. 6,862,179 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | [Diagram showing system architecture with Artificial Intelligence Engine, Web-Based System Access, Wireless Rack-Inlet Temperature Sensor, Wireless Network Manager, Rack-Top & Rack-Bottom Thermistors, Wireless Control Module, CRAC Power, Return & Discharge Temperature, Optional Control Through BACnet/IP or Modbus TCP, Hot Aisle, Cold Aisle]<br><br>https://www.vigilent.com/technology/system-architecture/ |
| [1a] activating a cooling device and opening a controllable partition configured to vary a supply of cooling fluid within a zone of said data center, said zone including at least one associated rack of said plurality of racks; | To the extent the Vertiv Customers used the Accused Non-Vertiv Products, which include the equipment charted below from Motivair, Trane, Vigilent, or any reasonably similar equipment from other suppliers, the Vertiv Customers perform this limitation, as set forth below.<br><br>Motivair chillers activate a cooling device (e.g., a free cooling chiller) and opens a controllable partition (e.g., a 3-way valve) configured to vary a supply of cooling fluid (e.g., glycol, cold air) within a zone of said data center. |

**Exhibit 7 – Infringement Claim Chart U.S. Patent No. 6,862,179 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | ![Diagram showing PLC Controller, Compressor, 3-Way Valve, Fans, Condenser/Free Cooling Coil, Temp Sensors, Evaporator, Exp Valve, Pump, Storage Tank, Glycol In/Out] <br><br> https://www.motivaircorp.com/uploads/files/brochures/Motivair_MPC-11-2017.pdf <br><br> Trane chillers activate a cooling device (e.g., a free cooling chiller) and open a controllable partition (e.g., one or more system-controlled air dampers) configured to vary a supply of cooling fluid (e.g., cold air) within a zone of said data center. |

**Exhibit 7 – Infringement Claim Chart U.S. Patent No. 6,862,179 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| |  https://www.trane.com/content/dam/Trane/Commercial/global/products-systems/education-training/engineers-newsletters/airside-design/admapn020en-0406.pdf. <br><br> Vigilent activates a cooling device (e.g., a CRAC) and opens a controllable partition (e.g., an electronic expansion valve (EEV) or motorized ball valve in a CRAC) configured to vary a supply of cooling fluid (e.g., coolant or cold air) within a zone of the data center. The zone includes at least one associated rack of said plurality of racks, as illustrated below. |

**Exhibit 7 – Infringement Claim Chart U.S. Patent No. 6,862,179 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
|  | [Diagram showing system architecture with Artificial Intelligence Engine, Web-Based System Access, Wireless Rack-Inlet Temperature Sensor, Wireless Network Manager, Rack-Top & Rack-Bottom Thermistors, Wireless Control Module, CRAC Power, Return & Discharge Temperature, Optional Control Through BACnet/IP or Modbus TCP, Hot Aisle, Cold Aisle]<br><br>https://www.vigilent.com/technology/system-architecture/ |
| [1b] sensing the temperature of said at least one associated rack; | To the extent the Vertiv Customers used the Accused Non-Vertiv Products, which include the equipment charted below from Motivair, Trane, Vigilent, or any reasonably similar equipment from other suppliers, the Vertiv Customers perform this limitation, as set forth below.<br><br>Motivair chilled door rack cooling system senses the temperature using temperature sensors (e.g., measures "room air in" and "room air out"). |

**Exhibit 7 – Infringement Claim Chart U.S. Patent No. 6,862,179 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | *[Diagram: Exploded View of Chilled Door® showing 65° F chilled water returning to chiller at 75° F, EC fans, 75° F room air out, 75° F room air in, standard or custom server rack, and slab floor]*<br><br>https://www.motivaircorp.com/uploads/files/brochures/ChilledDoor%20brochure_2023(1).pdf<br><br>Trane chillers sense the temperature using temperature sensors (e.g., zone sensors). |

**Exhibit 7 – Infringement Claim Chart U.S. Patent No. 6,862,179 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | **Temperature Sensors**<br><br>Temperature sensors feature a full-line offering that provides flexibility for building occupants to choose various temperature and operating mode set points to meet their comfort levels. Trane® offers a full line of wired and wireless temperature sensors. Wired temperature sensors are the suitable alternative for locations that cannot accommodate wireless sensors or that require a service tool connection. Wireless temperature sensors, which provide easy and flexible installation, are a cost effective alternative to wired sensors.<br><br>**Zone Sensors and Thermostats**<br><br>Our zone sensors and thermostats provide accurate and reliable sensing that is critical to keeping your HVAC systems running at optimum levels. Models are available using wired or wireless communication depending on building requirements.<br><br>**What is a zone sensor?**<br><br>A zone sensor provides feedback to the control system on elements of the room that affect comfort, such as temperature and humidity, or safety, such as $CO_2$.<br><br>https://www.trane.com/commercial/north-america/us/en/products-systems/building-management---automation/accessories/sensors.html<br><br>Vigilent senses (e.g., using wireless sensors) the temperature of said at least one associated rack. |

**Exhibit 7 – Infringement Claim Chart U.S. Patent No. 6,862,179 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
|  | **Wireless Sensors**<br><br>Wireless sensors are typically deployed every third rack to measure the inlet air temperature every minute. The sensors have two thermistors, one to capture temperature at rack bottom, the other at rack top.<br><br>Wireless sensors are also used to monitor return and supply air temperature, and the power consumed, by each cooling unit. Sensors are also available to measure other environmental conditions, namely pressure and humidity.<br><br>The sensors are based on advanced mesh networking technology, which allows each node to be both a source and repeater for other nodes, allowing the network to automatically self-configure and be resilient to intermittent outages or changes in site layout.<br><br>https://www.vigilent.com/technology/system-architecture/ |
| [1c] determining whether said sensed temperature is within a predetermined temperature range; and | To the extent the Vertiv Customers used the Accused Non-Vertiv Products, which include the equipment charted below from Motivair, Trane, Vigilent, or any reasonably similar equipment from other suppliers, the Vertiv Customers perform this limitation, as set forth below.<br><br>The Motivair chiller determines whether the temperature is within a predetermined range. |

**Exhibit 7 – Infringement Claim Chart U.S. Patent No. 6,862,179 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | **FREE-COOLING CHILLER SYSTEMS**<br><br>Motivair Free-Cooling chillers can be ordered with the adiabatic option fitted.<br><br>By automatically turning on the system when Free Cooling is active and the ambient temperature is above freezing, partial and 100% Free-Cooling operating hours can be significantly increased.<br><br>This allows the refrigeration compressors to be turned off for longer periods of time, in addition to the improved summer air cooled efficiency described above.<br><br>The Adiabatic System is controlled and protected by the proprietary Motivair chiller PLC software and is completely automatic including auto fill, winter drain down, low water level and anti-freeze alarms.<br><br>Seamless change from refrigeration & optional Free Cooling mode based on system load, chilled water temp, ambient temp and installation profile.<br><br>https://www.motivaircorp.com/uploads/files/brochures/2024/MLC%20Chiller.pdf<br><br>The Trane chiller determines whether the temperature is within a predetermined range (e.g., using the system controller). |

**Exhibit 7 – Infringement Claim Chart U.S. Patent No. 6,862,179 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
|  | **Temperature Sensors**<br><br>Temperature sensors feature a full-line offering that provides flexibility for building occupants to choose various temperature and operating mode set points to meet their comfort levels. Trane® offers a full line of wired and wireless temperature sensors. Wired temperature sensors are the suitable alternative for locations that cannot accommodate wireless sensors or that require a service tool connection. Wireless temperature sensors, which provide easy and flexible installation, are a cost effective alternative to wired sensors.<br><br>**Zone Sensors and Thermostats**<br><br>Our zone sensors and thermostats provide accurate and reliable sensing that is critical to keeping your HVAC systems running at optimum levels. Models are available using wired or wireless communication depending on building requirements.<br><br>**What is a zone sensor?**<br><br>A zone sensor provides feedback to the control system on elements of the room that affect comfort, such as temperature and humidity, or safety, such as $CO_2$.<br><br>https://www.trane.com/commercial/north-america/us/en/products-systems/building-management---automation/accessories/sensors.html<br><br>Vigilent's cooling system determines whether said sensed temperature is within a predetermined temperature range.<br><br>**AI Engine**<br><br>The **AI Engine** is the brain of the Vigilent system. This appliance runs the algorithms that analyze the real-time data against current and historic trends to optimize the system to achieve the best temperature results with the least amount of energy. It then sends those control decisions back out to the network manager, which delivers them to the Wireless Control Modules.<br><br>https://www.vigilent.com/technology/system-architecture/ |
| [1d] manipulating said controllable partition to vary said supply of said cooling fluid to said zone in response to said sensed temperature being | To the extent the Vertiv Customers used the Accused Non-Vertiv Products, which include the equipment charted below from Motivair, Trane, Vigilent, or any reasonably similar |

**Exhibit 7 – Infringement Claim Chart U.S. Patent No. 6,862,179 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| outside said predetermined temperature range. | equipment from other suppliers, the Vertiv Customers perform this limitation, as set forth below.<br><br>The Motivair chiller manipulates said controllable partition (e.g., from free cooling to compressor) to vary said supply of said cooling fluid to said zone in response to said sensed temperature being outside said predetermined temperature range.<br><br>**FREE-COOLING CHILLER SYSTEMS**<br>Motivair Free-Cooling chillers can be ordered with the adiabatic option fitted.<br><br>By automatically turning on the system when Free Cooling is active and the ambient temperature is above freezing, partial and 100% Free-Cooling operating hours can be significantly increased.<br><br>This allows the refrigeration compressors to be turned off for longer periods of time, in addition to the improved summer air cooled efficiency described above.<br><br>The Adiabatic System is controlled and protected by the proprietary Motivair chiller PLC software and is completely automatic including auto fill, winter drain down, low water level and anti-freeze alarms. |

**Exhibit 7 – Infringement Claim Chart U.S. Patent No. 6,862,179 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
|  | Seamless change from refrigeration & optional Free Cooling mode based on system load, chilled water temp, ambient temp and installation profile.<br><br>https://www.motivaircorp.com/uploads/files/brochures/2024/MLC%20Chiller.pdf<br><br>The Trane chiller manipulates said controllable partition (e.g., from free cooling to chilled water) to vary said supply of said cooling fluid to said zone in response to said sensed temperature being outside said predetermined temperature range. |

**Exhibit 7 – Infringement Claim Chart U.S. Patent No. 6,862,179 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | https://www.trane.com/content/dam/Trane/Commercial/global/products-systems/education-training/engineers-newsletters/waterside-design/admapn029en_0808.pdf.<br><br>Vigilent manipulates said controllable partition (e.g., valves in CRACs) to vary said supply of said cooling fluid (e.g., coolant or cold air) to said zone in response to said sensed temperature being outside said predetermined temperature range. |

Page 15 of **16**

**Exhibit 7 – Infringement Claim Chart U.S. Patent No. 6,862,179 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| |  https://www.vigilent.com/technology/system-architecture/ |