**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| [1pre] A method of controlling the temperature in a data center comprising: | To the extent the Vertiv Customers used the Accused Non-Vertiv Products, which include the equipment charted below from Trane, gForce, Motivair, or any reasonably similar equipment from other suppliers, the Vertiv Customers perform this limitation, as set forth below.<br><br>Trane's RTAC chillers are used in a method for controlling the temperature in a data center.<br><br>*TRANE*<br><br>Product Catalog<br><br>**Air-Cooled Series R® Chillers Model RTAC**<br><br>140 to 500 nominal tons (60 Hz) |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | **Precise Capacity Control**<br><br>Trane's patented unloading system allows the compressor to modulate infinitely and exactly match building loads. At the same time chilled water temperatures will be maintained within +/- 1/2°F (0.28°C) of setpoint. Screw or scroll chillers with stepped capacity control do well to maintain chilled water temperatures within 2°F (1.1°C) of setpoint. Stepped control also results in over cooling because rarely does the capacity of the machine match the building load. The result can be 10% higher energy bills. Trane's RTAC optimizes the part load performance of your machine for energy efficiency, precise control for process applications, and your personal comfort regardless of the weather outside. |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | **Integrated Rapid Restart**<br><br>• Bringing a chiller back online rapidly after a loss of power is critical to operations in mission critical environments like data centers and hospitals which demand the highest levels of reliability.<br><br>• A loss of cooling capacity can be costly, which is why Trane chillers are designed and engineered for Rapid Restart. This not only helps the chiller get back online faster, but it also provides a simple and reliable solution to minimize the risks of financially devastating damage to assets caused by overheating due to a power loss.<br><br>• Of course, the truest test of a chiller's restart capabilities is the amount of time it takes to resume full-load cooling, and this is where the Trane chiller really shines. An 80 percent cooling load can be achieved in less than 2.5 minutes after power restoration—your assurance that the cooling capacity your equipment requires is just a few minutes away.<br><br>https://www.trane.com/content/dam/Trane/Commercial/global/products-systems/equipment/chillers/air-cooled/RLC-PRC006T-EN_04242020.pdf pg. 4, 21<br><br>gForce CRAC cooling systems are used in a method for controlling the temperature in a data center.<br><br><br><br>**MISSION CRITICAL COOLING**<br><br>gForce by Data Aire are efficient and economical while complying with strict environmental requirements. Incorporating backward curved plenum fans with electronically commutated (EC) motors, these units supply radially dispersed cooling air at lower speeds allowing for more uniform static pressure across the room.  These fans provide more net cooling from the computer room air conditioning (CRAC) system. DC motors are more energy efficient, providing an on-going savings year after year. Each unit is factory run tested and put through a vigorous quality control procedure.<br><br>https://dataairelectric.com/archivos/pdf/BROCHURE-DATA-AIRE/Aire-Acondicionado-de-Precision-gForce-DX-21a-106-KW-Enfriado-por-Aire-DX.pdf, pp. 4.<br><br>Motivair free cooling chillers are used in a method for controlling the temperature in a data center. Motivair free cooling chillers are used in a method for controlling the temperature in a data center: |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | <br><br>When commercial grade isn't enough<br><br>https://www.motivaircorp.com/uploads/files/brochures/Motivair_MPC-11-2017.pdf |
| [1a] receiving sensory data corresponding to a temperature from a subsystem in a data center; | To the extent the Vertiv Customers used the Accused Non-Vertiv Products, which include the equipment charted below from Trane, gForce, Motivair, or any reasonably similar equipment from other suppliers, the Vertiv Customers perform this limitation, as set forth below.<br><br>Trane RTAC chillers are equipped with "temperature control sensors," which can be used to reset leaving chilled water temperature. "The setpoint can be reset based on ambient temperature or return |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | evaporator water temperature."<br><br>### Evaporator<br><br>The evaporator is a tube-in-shell heat exchanger design with internally and externally finned copper tubes roller expanded into the tube sheet. The evaporator is designed, tested and stamped in accordance with ASME for a refrigerant side working pressure of 200 psig. The evaporator is designed for a water side working pressure of 150 psig. Water connections are grooved pipe. Each shell includes a vent, a drain and fittings for temperature control sensors and is insulated with 3/4 inch equal insulation (K=0.28). Evaporator heaters with thermostat are provided to help protect the evaporator from freezing at ambient temperatures down to -20°F (-29°C). Factory installed flow switch is installed on a pipe stub in the evaporator inlet.<br><br>### Chilled Water Reset<br><br>This provides the control logic and factory installed sensors to reset leaving chilled water temperature. The setpoint can be reset based on ambient temperature or return evaporator water temperature.<br><br>### Flow Control<br><br>The factory installed flow switch is provided with the control logic and relays to turn the chilled water flow on and off as the chiller requires for operation and protection. This function is a requirement on the air-cooled Series R® chiller.<br><br>https://www.trane.com/content/dam/Trane/Commercial/global/products-systems/equipment/chillers/air-cooled/RLC-PRC006T-EN_04242020.pdf pg. 74, 75<br><br>gForce cooling systems use remote temperature and humidity sensors.<br><br>**REMOTE TEMPERATURE AND HUMIDITY SENSORS**<br><br>Temperature and humidity sensors may be ordered for remote wall mounting in lieu of the standard return air sensors. Sensors are provided in a wall mounted plastic case for remote sensing of temperature and humidity. 35 feet of shielded cable is provided for field wiring. Other lengths available as well. |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | https://dataairelectric.com/archivos/pdf/BROCHURE-DATA-AIRE/Aire-Acondicionado-de-Precision-gForce-DX-21a-106-KW-Enfriado-por-Aire-DX.pdf, pp. 11.<br><br>Motivair chillers allow the Vertiv Customers to sense the temperature using temperature sensors (e.g., temp sensor).<br><br><br><br>https://www.motivaircorp.com/uploads/files/brochures/Motivair_MPC-11-2017.pdf |
| [1b] processing the sensory data by a first agent in a hierarchy of agents to determine if the subsystems in the data center is operating within a predetermined temperature range; | To the extent the Vertiv Customers used the Accused Non-Vertiv Products, which include the equipment charted below from Trane, gForce, Motivair, or any reasonably similar equipment from other suppliers, the Vertiv Customers perform this limitation, as set forth below.<br><br>Trane RTAC chillers process the sensory data in a hierarchy of agents to determine if the subsystems in the data center are operating within a predetermined temperature range. For example, the "first agent" corresponds to Chiller 2 and the "second agent" corresponds to Chiller 1, as shown below. |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
|  | **Figure 3.    Typical series chiller arrangement**<br><br><br><br>In a further example, "if the cooling load is less than 50 percent of the systems capabilities, either chiller can fulfill the demand." |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | **Series Chiller Arrangements**<br><br>Another energy saving strategy is to design the system around chillers arranged in series. The actual savings possible with such strategies depends on the application dynamics and should be researched by consulting your Trane Systems Solutions Representative and applying an analysis tool from the Trace software family. It is possible to operate a pair of chillers more efficiently in a series chiller arrangement than in a parallel arrangement. It is also possible to achieve higher entering to leaving chiller differentials, which may, in turn, provide the opportunity for lower chilled water design temperature, lower design flow, and resulting installation and operational cost savings. The Trane screw compressor also has excellent capabilities for "lift," which affords an opportunity for "lift," which affords an opportunity for savings on the evaporator water loop.<br><br>Series chiller arrangements can be controlled in several ways. Figure A3 shows a strategy where each chiller is trying to achieve the system design set point. If the cooling load is less than 50 percent of the systems capabilities, either chiller can fulfill the demand. As system loads increase, the Chiller 2 becomes preferentially loaded as it attempts to meet the leaving chilled water setpoint. Chiller 1 will finish cooling the leaving water from Chiller 2 down to the system design setpoint.<br><br>https://www.trane.com/content/dam/Trane/Commercial/global/products-systems/equipment/chillers/air-cooled/RLC-PRC006T-EN_04242020.pdf pg. 9, 10<br><br>Trane RTAC chillers also allow use of free-cooling (e.g., using airside or water economizer) as a "first agent." |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | **Figure 2. Water economizer piped in parallel with chillers**  https://www.trane.com/content/dam/Trane/Commercial/global/products-systems/education-training/engineers-newsletters/waterside-design/admapn029en_0808.pdf. <br><br> gForce cooling systems use an auxiliary chilled water coil as a "first agent." |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | **REMOTE TEMPERATURE AND HUMIDITY SENSORS**<br><br>Temperature and humidity sensors may be ordered for remote wall mounting in lieu of the standard return air sensors. Sensors are provided in a wall mounted plastic case for remote sensing of temperature and humidity. 35 feet of shielded cable is provided for field wiring. Other lengths available as well.<br><br>https://dataairelectric.com/archivos/pdf/BROCHURE-DATA-AIRE/Aire-Acondicionado-de-Precision-gForce-DX-21a-106-KW-Enfriado-por-Aire-DX.pdf, pp. 11.<br><br>**AUXILIARY CHILLED WATER COIL**<br><br>Where an existing chilled water loop is available, units can be fitted with an auxiliary chilled water coil. Units will operate using the chilled water for cooling. Upon a loss of water flow or an increase in room temperature the system will bring on compressor (DX) cooling. Separate piping is provided for the chilled water coil and refrigeration connections.<br><br>https://dataairelectric.com/archivos/pdf/BROCHURE-DATA-AIRE/Aire-Acondicionado-de-Precision-gForce-DX-21a-106-KW-Enfriado-por-Aire-DX.pdf, pp. 11.<br><br>**PROGRAMMABLE FUNCTIONS**<br><br>Temperature Setpoint · Temperature Deadband · Fan Control Mode<br>System Start Delay · Low Temperature Alarm Limit · Humidity Deadband<br>Humidity Setpoint · High Humidity Alarm Limit · Low Humidity Alarm Limit<br>Define Password · Reset Equipment Runtimes · Audio Alarm Mode<br>Compressor Short Cycle Alarm · Humidity Anticipation Compressors(s) · Analog Module Sensor Setup*<br>Calibrate Temperature Sensor · Temperature Scale · High Temperature Alarm Limit<br>Fan Speed Settings · Delay for Optional Alarm 1, 2, 3, 4 · Firestat Temperature Alarm Limit<br>Manual Diagnosis · Remote Alarm 1, 2, 3, 4 Selection · Calibrate Discharge Air Sensor*<br>Person to contact on Alarm · Compressor Lead/Lag Sequence · Dehumidification Mode<br>Humidifier Autoflush Timer* · Power Problem or Restart Mode · Scheduled Normal Maintenance<br>Reheat Stages · Water Valve Mode · Calibrate Humidity<br>Humidifier · Network Protocol<br>Compressor Supplements to Energy Saver*<br>Low Discharge Temperature Alarm Limit*<br>Calibrate Chilled Water Temperature Sensor* |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | https://dataairelectric.com/archivos/pdf/BROCHURE-DATA-AIRE/Aire-Acondicionado-de-Precision-gForce-DX-21a-106-KW-Enfriado-por-Aire-DX.pdf, pp. 10.<br><br>Motivair chillers use a free cooling chiller as a "first agent."<br><br><br><br>See, *e.g.*, MPC-FC Free-Cooling Chillers, Motivair Cooling Solutions, https://www.motivaircorp.com/uploads/files/brochures/Motivair_MPC-11-2017.pdf (Last visited December 13, 2024). |
| [1c] adjusting a delivery rate for a cooling fluid using the first agent to keep the temperature range of the subsystem within the predetermined temperature range; and | To the extent the Vertiv Customers used the Accused Non-Vertiv Products, which include the equipment charted below from Trane, gForce, Motivair, or any reasonably similar equipment from other suppliers, the Vertiv Customers perform this limitation, as set forth below.<br><br>Trane RTAC chillers use "adaptive controls" that directly sense the control variables that govern the operation of the chiller. The chillers adjust a delivery rate for a cooling fluid using the first agent (e.g., Chiller 2) to keep the temperature range of the subsystem within the predetermined temperature range, as illustrated below. |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | **Series Chiller Arrangements**<br><br>Another energy saving strategy is to design the system around chillers arranged in series. The actual savings possible with such strategies depends on the application dynamics and should be researched by consulting your Trane Systems Solutions Representative and applying an analysis tool from the Trace software family. It is possible to operate a pair of chillers more efficiently in a series chiller arrangement than in a parallel arrangement. It is also possible to achieve higher entering to leaving chiller differentials, which may, in turn, provide the opportunity for lower chilled water design temperature, lower design flow, and resulting installation and operational cost savings. The Trane screw compressor also has excellent capabilities for "lift," which affords an opportunity for "lift," which affords an opportunity for savings on the evaporator water loop.<br><br>Series chiller arrangements can be controlled in several ways. Figure A3 shows a strategy where each chiller is trying to achieve the system design set point. If the cooling load is less than 50 percent of the systems capabilities, either chiller can fulfill the demand. As system loads increase, the Chiller 2 becomes preferentially loaded as it attempts to meet the leaving chilled water setpoint. Chiller 1 will finish cooling the leaving water from Chiller 2 down to the system design setpoint.<br><br>**Adaptive Controls**<br><br>Adaptive Controls directly sense the control variables that govern the operation of the chiller: evaporator pressure and condenser pressure. When any one of these variables approaches a limit condition when damage may occur to the unit or shutdown on a safety, Adaptive Controls takes corrective action to avoid shutdown and keep the chiller operating. This happens through combined actions of compressor and/or fan staging. Whenever possible, the chiller is allowed to continue making chilled water. This keeps cooling capacity available until the problem can be solved. Overall, the safety controls help keep the building or process running and out of trouble.<br><br>https://www.trane.com/content/dam/Trane/Commercial/global/products-systems/equipment/chillers/air-cooled/RLC-PRC006T-EN_04242020.pdf pg. 9, 10<br><br>Using the gForce cooling system, when there is "an increase in room temperature the system will bring on compressor (DX) cooling." |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | **REMOTE TEMPERATURE AND HUMIDITY SENSORS**<br><br>Temperature and humidity sensors may be ordered for remote wall mounting in lieu of the standard return air sensors. Sensors are provided in a wall mounted plastic case for remote sensing of temperature and humidity. 35 feet of shielded cable is provided for field wiring. Other lengths available as well.<br><br>https://dataairelectric.com/archivos/pdf/BROCHURE-DATA-AIRE/Aire-Acondicionado-de-Precision-gForce-DX-21a-106-KW-Enfriado-por-Aire-DX.pdf, pp. 11.<br><br>**AUXILIARY CHILLED WATER COIL**<br><br>Where an existing chilled water loop is available, units can be fitted with an auxiliary chilled water coil. Units will operate using the chilled water for cooling. Upon a loss of water flow or an increase in room temperature the system will bring on compressor (DX) cooling. Separate piping is provided for the chilled water coil and refrigeration connections.<br><br>**AUXILIARY CHILLED WATER COIL/COMPRESSOR ASSIST**<br><br>The Auxiliary Chilled Water Coil can be provided with compressor assist for extended savings by allowing the compressor to supplement operation as needed when the chilled water is not sufficient on a stand alone basis. An discharge air sensor is factory installed.<br><br>https://dataairelectric.com/archivos/pdf/BROCHURE-DATA-AIRE/Aire-Acondicionado-de-Precision-gForce-DX-21a-106-KW-Enfriado-por-Aire-DX.pdf, pp. 11. |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | **PROGRAMMABLE FUNCTIONS**<br><br>Temperature Setpoint Temperature Deadband Fan Control Mode<br>System Start Delay Low Temperature Alarm Limit Humidity Deadband<br>Humidity Setpoint High Humidity Alarm Limit Low Humidity Alarm Limit<br>Define Password Reset Equipment Runtimes Audio Alarm Mode<br>Compressor Short Cycle Alarm Humidity Anticipation Compressors(s) Analog Module Sensor Setup*<br>Calibrate Temperature Sensor Temperature Scale High Temperature Alarm Limit<br>Fan Speed Settings Delay for Optional Alarm 1, 2, 3, 4 Firestat Temperature Alarm Limit<br>Manual Diagnosis Remote Alarm 1, 2, 3, 4 Selection Calibrate Discharge Air Sensor*<br>Person to contact on Alarm Compressor Lead/Lag Sequence Dehumidification Mode<br>Humidifier Autoflush Timer* Power Problem or Restart Mode Scheduled Normal Maintenance<br>Reheat Stages Water Valve Mode Calibrate Humidity<br>Humidifier Network Protocol<br>Compressor Supplements to Energy Saver*<br>Low Discharge Temperature Alarm Limit*<br>Calibrate Chilled Water Temperature Sensor*<br><br>https://dataairelectric.com/archivos/pdf/BROCHURE-DATA-AIRE/Aire-Acondicionado-de-Precision-gForce-DX-21a-106-KW-Enfriado-por-Aire-DX.pdf, pp. 10.<br><br>Motivair chilling units are configured to operate as free-cooling (e.g., first agent) to maintain temperature. When the comparator circuit determines that free-cooling will condition the space, then the valve will open and close as temperature deviates from the setpoint. |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| |  https://www.motivaircorp.com/uploads/files/brochures/Motivair_MPC-11-2017.pdf |
| [1d] requesting a second agent from the hierarchy of agents to process the sensory data when the first agent cannot keep the temperature range within the predetermined temperature range unless the second agent redistributes the cooling fluid being delivered to one or more areas in the data center. | To the extent the Vertiv Customers used the Accused Non-Vertiv Products, which include the equipment charted below from Trane, gForce, Motivair, or any reasonably similar equipment from other suppliers, the Vertiv Customers perform this limitation, as set forth below.<br><br>Using Trane chillers, Chiller 2 is preferentially loaded as it attempts to meet the leaving chilled water setpoint. However, Chiller 1 (e.g., second agent) will finish cooling the leaving water from Chiller 2 down to the system design setpoint when the Chiller 2 (e.g., first agent) cannot keep the temperature range within the predetermined temperature range. |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | **Series Chiller Arrangements**<br><br>Another energy saving strategy is to design the system around chillers arranged in series. The actual savings possible with such strategies depends on the application dynamics and should be researched by consulting your Trane Systems Solutions Representative and applying an analysis tool from the Trace software family. It is possible to operate a pair of chillers more efficiently in a series chiller arrangement than in a parallel arrangement. It is also possible to achieve higher entering to leaving chiller differentials, which may, in turn, provide the opportunity for lower chilled water design temperature, lower design flow, and resulting installation and operational cost savings. The Trane screw compressor also has excellent capabilities for "lift," which affords an opportunity for "lift," which affords an opportunity for savings on the evaporator water loop.<br><br>Series chiller arrangements can be controlled in several ways. Figure A3 shows a strategy where each chiller is trying to achieve the system design set point. If the cooling load is less than 50 percent of the systems capabilities, either chiller can fulfill the demand. As system loads increase, the Chiller 2 becomes preferentially loaded as it attempts to meet the leaving chilled water setpoint. Chiller 1 will finish cooling the leaving water from Chiller 2 down to the system design setpoint.<br><br>**Adaptive Controls**<br><br>Adaptive Controls directly sense the control variables that govern the operation of the chiller: evaporator pressure and condenser pressure. When any one of these variables approaches a limit condition when damage may occur to the unit or shutdown on a safety, Adaptive Controls takes corrective action to avoid shutdown and keep the chiller operating. This happens through combined actions of compressor and/or fan staging. Whenever possible, the chiller is allowed to continue making chilled water. This keeps cooling capacity available until the problem can be solved. Overall, the safety controls help keep the building or process running and out of trouble.<br><br>In the figure below, the set point is set to 42°F.  When Chiller 2 is unable to cool the water from 58°F to 42°F, Chiller 1 is used to cool it down to 42°F. |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| |  |

**Figure 3.    Typical series chiller arrangement**

https://www.trane.com/content/dam/Trane/Commercial/global/products-systems/equipment/chillers/air-cooled/RLC-PRC006T-EN_04242020.pdf pg. 9, 10

In another example, the Trane Chillers requests a second agent from the hierarchy of agents to process the sensory data when the first agent cannot keep the temperature range within the predetermined temperature range (e.g., from free cooling to chilled water).

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| | | |
|---|---|---|
| | **Integrated economizer mode.** During mild weather (55°F to 75°F [13°C to 24°C], for example), outdoor air can provide some cooling capacity, but not enough to satisfy the load, so mechanical cooling supplements the economizer cooling provided by the wide-open outdoor-air damper. We refer to this mode as *integrated economizer* because it combines "free" cooling (100% outdoor air) with mechanical cooling to meet the required cooling capacity. The system stays in integrated economizer mode until outdoor conditions reach the high-limit shutoff setting (discussed in more detail on p. 5), or until the outdoor conditions fall to the point where modulated economizer operation can handle the cooling load. | |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | <br><br>https://www.trane.com/content/dam/Trane/Commercial/global/products-systems/education-training/engineers-newsletters/waterside-design/admapn029en_0808.pdf.<br><br>In the gForce cooling system, the system uses "the compressor to supplement operation as needed when the chilled water is not sufficient on a stand alone basis." |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | **REMOTE TEMPERATURE AND HUMIDITY SENSORS**<br><br>Temperature and humidity sensors may be ordered for remote wall mounting in lieu of the standard return air sensors. Sensors are provided in a wall mounted plastic case for remote sensing of temperature and humidity. 35 feet of shielded cable is provided for field wiring. Other lengths available as well.<br><br>https://dataairelectric.com/archivos/pdf/BROCHURE-DATA-AIRE/Aire-Acondicionado-de-Precision-gForce-DX-21a-106-KW-Enfriado-por-Aire-DX.pdf, pp. 11.<br><br>**AUXILIARY CHILLED WATER COIL**<br><br>Where an existing chilled water loop is available, units can be fitted with an auxiliary chilled water coil. Units will operate using the chilled water for cooling. Upon a loss of water flow or an increase in room temperature the system will bring on compressor (DX) cooling. Separate piping is provided for the chilled water coil and refrigeration connections.<br><br>**AUXILIARY CHILLED WATER COIL/COMPRESSOR ASSIST**<br><br>The Auxiliary Chilled Water Coil can be provided with compressor assist for extended savings by allowing the compressor to supplement operation as needed when the chilled water is not sufficient on a stand alone basis. An discharge air sensor is factory installed.<br><br>https://dataairelectric.com/archivos/pdf/BROCHURE-DATA-AIRE/Aire-Acondicionado-de-Precision-gForce-DX-21a-106-KW-Enfriado-por-Aire-DX.pdf, pp. 11. |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | **PROGRAMMABLE FUNCTIONS**<br><br>Temperature Setpoint    Temperature Deadband    Fan Control Mode<br>System Start Delay    Low Temperature Alarm Limit    Humidity Deadband<br>Humidity Setpoint    High Humidity Alarm Limit    Low Humidity Alarm Limit<br>Define Password    Reset Equipment Runtimes    Audio Alarm Mode<br>Compressor Short Cycle Alarm    Humidity Anticipation Compressors(s)    Analog Module Sensor Setup*<br>Calibrate Temperature Sensor    Temperature Scale    High Temperature Alarm Limit<br>Fan Speed Settings    Delay for Optional Alarm 1, 2, 3, 4    Firestat Temperature Alarm Limit<br>Manual Diagnosis    Remote Alarm 1, 2, 3, 4 Selection    Calibrate Discharge Air Sensor*<br>Person to contact on Alarm    Compressor Lead/Lag Sequence    Dehumidification Mode<br>Humidifier Autoflush Timer*    Power Problem or Restart Mode    Scheduled Normal Maintenance<br>Reheat Stages    Water Valve Mode    Calibrate Humidity<br>Humidifier    Network Protocol<br>Compressor Supplements to Energy Saver*<br>Low Discharge Temperature Alarm Limit*<br>Calibrate Chilled Water Temperature Sensor*<br><br>https://dataaireelectric.com/archivos/pdf/BROCHURE-DATA-AIRE/Aire-Acondicionado-de-Precision-gForce-DX-21a-106-KW-Enfriado-por-Aire-DX.pdf, pp. 10.<br><br>The Motivair chillers requests a second agent from the hierarchy of agents to process the sensory data when the first agent cannot keep the temperature range within the predetermined temperature range (e.g., goes from free cooling to compressor). |

**Exhibit 9 – Infringement Claim Chart U.S. Patent No. 6,868,682 – Use of Accused Non-Vertiv Products**

| Claim Language | Exemplary Evidence of Infringement Based on Use of Accused Non-Vertiv Products |
|---|---|
| | **FREE-COOLING CHILLER SYSTEMS** Motivair Free-Cooling chillers can be ordered with the adiabatic option fitted. By automatically turning on the system when Free Cooling is active and the ambient temperature is above freezing, partial and 100% Free-Cooling operating hours can be significantly increased. This allows the refrigeration compressors to be turned off for longer periods of time, in addition to the improved summer air cooled efficiency described above. The Adiabatic System is controlled and protected by the proprietary Motivair chiller PLC software and is completely automatic including auto fill, winter drain down, low water level and anti-freeze alarms. Seamless change from refrigeration & optional Free Cooling mode based on system load, chilled water temp, ambient temp and installation profile. https://www.motivaircorp.com/uploads/files/brochures/2024/MLC%20Chiller.pdf |