# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LTD. | § § § | |
| v. | § § | Case No. 2:24-CV-0361-JRG-RSP (Lead Case) |
| NTT DATA SERVICES LLC, ET AL. | § § | |
| VERTIV CORPORATION | § § § | |
| v. | § § § | Case No. 2:24-CV-0907-JRG-RSP (Member Case) |
| VALTRUS INNOVATIONS LTD. | § § § | |

## Markman Hearing
### MAGISTRATE JUDGE ROY PAYNE PRESIDING
### October 14, 2025

**OPEN:** 1:31 p.m.                                           **ADJOURN:** 3:12 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. (Vertiv Corporation) |
| ATTORNEYS FOR DEFENDANT: | See attached. (Valtrus Innovations Ltd.) |
| LAW CLERK: | Tariq Ausaf |
| COURT REPORTER: | Karen Tyler |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Bo Davis introduced co-counsel and announced ready. Eric Findlay introduced co-counsel and announced ready.

The Court noted that after the claim construction hearing, the Court would like to address the issues regarding the recently added counterclaims.

The Court heard argument on a term-by-term basis. Tim Maloney presented argument on behalf of Plaintiff. Matthew Berkowitz and Connor Houghton presented argument on behalf of Defendant.

The Court took the claim construction matters under submission.

Recess.

The Court asked Mr. Berkowitz about Defendant Valtrus's recent counterclaim joining 25 additional parties and 200 John Does. (Dkt. No. 151). Mr. Berkowitz responded.

The Court found that the counterclaim was filed far too late in the case to be filed without leave of Court, and that it appeared to be in violation of the joinder provisions of 35 U.S.C. § 299, and accordingly STRUCK the counterclaims in Defendant's Answer to Complaint, Affirmative Defenses, and Counterclaim to Plaintiff's Second Amended Complaint for Declaratory Judgment Against Vertiv Corporation (Dkt. No. 151).

The Court's order striking the counterclaim MOOTED Plaintiff's Motion to Expedite Briefing for Motion to Sever Counterclaims, or in the Alternative, Strike Counterclaims (Dkt. No. 167).

The Court ORDERED the Defendant Valtrus Innovations to file a memorandum addressing the law that supports its good faith basis for joinder in this case of 25 individual defendants, and specifically addressing 35 U.S.C. § 299 within two weeks.

After the issues under § 299 are addressed, the Court will consider granting leave for a counterclaim that has what the Court determines to be a proper scope in terms of parties. In addition to the memorandum due in two weeks, Defendant was ORDERED to confer with the other side and file a joint notice at any time not later than two weeks after the hearing that sets out what each side's position is on this matter. The Court will then set a hearing.

Court adjourned.