**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LIMITED, <br> *Plaintiff,* <br><br> v. <br><br> NTT DATA SERVICES, LLC, <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CASE NO. 2:24-CV-00361-JRG-RSP <br> (Lead Case) |
| VERTIV CORPORATION, <br> *Plaintiff,* <br><br> v. <br><br> VALTRUS INNOVATIONS LIMITED, <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § | CASE NO. 2:24-CV-00907-JRG-RSP <br> (Member Case) |

**ORDER**

Valtrus Innovations Ltd. ("Valtrus") previously filed a Motion to Dismiss for Lack of Jurisdiction Under Federal Rule of Civil Procedure 12(b)(1) ("Motion") (Dkt. No. 121.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 253), recommending denial of Valtrus's Motion. Valtrus has now filed Objections (Dkt. No. 254.)

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the briefing on Valtrus's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Valtrus's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion (Dkt. No. 121) is **DENIED**.

So **ORDERED** and **SIGNED** this 24th day of March, 2026.

_____

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE