**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **Valtrus Innovations Ltd.,** | § | **C.A. NO. 2:24-cv-00361-JRG-RSP** |
| | § | |
| **Plaintiff,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **v.** | § | **LEAD CASE** |
| | § | |
| **NTT Data Services, LLC et al.,** | § | |
| | § | |
| **Defendant.** | § | |
| **Vertiv Corporation,** | § | **C.A NO. 2:24-cv-00907-JRG-RSP** |
| | § | |
| **Plaintiff,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **v.** | § | |
| | § | |
| **Valtrus Innovations Ltd.,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT MOTION TO AMEND THE NINTH DOCKET CONTROL ORDER**

Plaintiff Vertiv Corporation ("Vertiv") and Defendant Valtrus Innovations Limited ("Valtrus") ("the Parties") seek to amend the following deadlines in the Ninth Amended Docket Control Order (Dkt. 296):

| Current Date | Proposed Change | Event |
|---|---|---|
| June 22, 2026 | To be set by the Court | *Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| June 10, 2026 | July 8, 2026 | Serve Objections to Rebuttal Deposition Designations |
| June 4, 2026 | July 2, 2026 | Serve Objections to Deposition Designations by the Party with the Burden of Proof; and Serve Rebuttal Deposition Designations |
| May 26, 2026 | June 23, 2026 | * If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly submitted to the Deputy Clerk in Charge by this date.[1] |

---

[1] The Parties are referred to the Court's Standing Order Regarding Use of Juror Questionnaires in Advance of *Voir Dire.*

| May 22, 2026 | June 19, 2026 | Serve Deposition Designations by the Party with the Burden of Proof |
|---|---|---|

The parties make this request with good cause and not for purposes of undue delay. The Court indicated at the Pretrial Conference that this case will not start jury selection on the currently set date of June 22, 2026. The Court also stated that he will be scheduling a Second Pretrial Conference, during which the outstanding issues in this case are likely to be narrowed. As such, the parties request this additional time for the juror questionnaire and deposition designations and objections to the same.

Accordingly, the parties respectfully request to amend the Ninth Amended Docket Control Order (Dkt. 296) in the manner depicted in the above table. A proposed Tenth Amended Docket Control Order is attached that reflects these changes.

Dated: May 20, 2026

/s/ *Connor S. Houghton w/permission*
Matthew G. Berkowitz
Patrick Colsher
Aaron Morris
**Reichman Jorgensen Lehman & Feldberg LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com
amorris@reichmanjorgensen.com

Connor S. Houghton
**Reichman Jorgensen Lehman & Feldberg LLP**
1909 K Street NW, Suite 800
Washington DC, 20006
Tel: (202) 894-7310
choughton@reichmanjorgensen.com

Ariane S. Mann
**Reichman Jorgensen Lehman & Feldberg LLP**
515 Congress Avenue, Suite 1900
Austin, TX 78701
Tel: (650) 623-1401
amann@reichmanjorgensen.com

Eric H. Findlay (TX Bar No. 00789886)
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com

***Counsel for Defendant Valtrus Innovations Limited***

Respectfully submitted,

/s/ *Daniel J. Schwartz w/permission*
*William E. Davis, III*
William E. Davis, III
Texas Bar No. 24047416
Ty Wilson
Texas State Bar No. 24106583
**DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, TX 75601
Tel.: (903) 230-9090
bdavis@davisfirm.com
twilson@davisfirm.com

Timothy P. Maloney
Daniel J. Schwartz
Allison Strong
Randal Alexander
**NIXON PEABODY LLP**
70 West Madison, Suite 5200
Chicago, IL 60602
Tel.: (312) 97704400
tmaloney@nixonpeabody.com
djschwartz@nixonpeabody.com
astrong@nixonpeabody.com
ralexander@nixonpeabody.com
Nicole Sims (TX Bar No. 24051343)
NIXON PEABODY LLP
799 9th Street NW, Suite 500
Washington, DC 20001-5327
Tel: (202)585-8337
nsims@nixonpeabody.com

***Counsel for Plaintiff Vertiv Corporation***

3

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the foregoing stipulation is joined in its entirety by Plaintiff Vertiv Corporation and Defendant Valtrus Innovations Limited.

*/s/ Daniel J. Schwartz*
Daniel J. Schwartz

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

*/s/ Daniel J. Schwartz*
Daniel J. Schwartz

4